**VENABLE LLP**
Angel A. Garganta (SBN 163957)
aagarganta@venable.com
Spear Tower, 40th Floor
One Market Plaza
1 Market Street
San Francisco, CA 94105
Telephone: (415) 653-3735
Fax: (415) 653-3755

Guido E. Toscano (SBN 266304)
getoscano@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:     (310) 229-9900
Facsimile:     (310) 229-9901

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
trent.norris@aporter.com
Rachel L. Chanin (SBN 229253)
rachel.chanin@aporter.com
Anton A. Ware (SBN 257848)
anton.ware@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Fax: (415) 471-3400

*Counsel for Defendant*
*Premier Nutrition Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff<br><br>     v.<br><br>PREMIER NUTRITION CORP.<br>f/k/a JOINT JUICE, INC.,<br><br>            Defendant. | Case No.  3:13-cv-01271-RS<br><br>**JOINT STANDSTILL STIPULATION AND [**~~PROPOSED~~**] ORDER** |

**JOINT STANDSTILL STIPULATION AND [PROPOSED] ORDER**

Plaintiff Vincent D. Mullins and Defendant Premier Nutrition Corp. f/k/a Joint Juice, Inc. (jointly "the Parties") respectfully submit the following stipulation for a two-week standstill:

WHEREAS, the Parties have been engaged in extensive factual discovery and are preparing to embark on expert discovery;

WHEREAS, the Parties wish to focus their efforts on settlement for a brief period of time;

WHEREAS, the Parties wish to engage in a two-week standstill of this litigation through June 27, 2014;

IT IS HEREBY AGREED, subject to the Court's approval, that:

1. The Plaintiff's Motion to Extend the Discovery Deadline (Dkt. #42) will not be prejudiced by the two-week standstill, but all dates related to that motion, including the due date for Defendant's response, will be continued by two weeks.

2. The Parties will not file any motions or discovery letters during the period of the two-week standstill. The Parties' ability to file any motions or discovery letters, including to compel discovery, will not be prejudiced as a result of the two-week standstill.

3. The Parties will take off calendar all depositions presently scheduled to be held during the period of the two-week standstill. Such depositions will be rescheduled for a mutually acceptable time after the expiration of the standstill period.

4. The last date for designating any experts necessary for summary judgment and class certification will be continued by two weeks to August 29, 2014.

5. The last date for designating supplemental and rebuttal experts will be continued by two weeks to September 26, 2014.

6. The last date for completing all discovery of expert witnesses, subject to reopening following any class certification order, will be continued by two weeks to October 24, 2014.

7. All other dates associated with the expert discovery dates in paragraphs 4 through 6 will be continued by two weeks.

**JOINT STANDSTILL STIPULATION AND [PROPOSED] ORDER**

| | | |
|---|---|---|
| 1 | Dated: June 13, 2014 | **AGREED:** |
| 2 | | By: */s/ Timothy Blood*___ |
| 3 | |     Timothy Blood<br>    Thomas J. O'Reardon II |
| 4 | |     701 B. Street, Suite 1700<br>    San Diego, CA 92101 |

Dated: June 13, 2014

**AGREED:**

By: */s/ Timothy Blood*____
    Timothy Blood
    Thomas J. O'Reardon II
    701 B. Street, Suite 1700
    San Diego, CA 92101
    BLOOD HURST & O'REARDON LLP

    *Counsel for Plaintiff*
    *Vincent D. Mullins*

**AGREED:**

By: */s/ Anton Ware*_____
    Trenton H. Norris (SBN 164781)
    Anton Ware (SBN 257848)
    Rachel L. Chanin (SBN 229253)
    ARNOLD & PORTER LLP

    Angel A. Garganta (SBN 163957)
    Guido E. Toscano (SBN 266304)
    VENABLE LLP

    *Counsel for Defendant*
    *Premier Nutrition Corporation*

**SO ORDERED.**

_____
Hon. Richard Seeborg
United States District Court Judge

 6/16/14_____
Date

**JOINT STANDSTILL STIPULATION AND [PROPOSED] ORDER**