**VENABLE LLP**
Angel A. Garganta (SBN 163957)
  aagarganta@venable.com
Spear Tower, 40th Floor
One Market Plaza, 1 Market Street
San Francisco, CA 94105
Telephone:    (415) 653-3735
Facsimile:    (415) 653-3755

Guido E. Toscano (SBN 266304)
  getoscano@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:    (310) 229-9900
Facsimile:    (310) 229-9901

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
  trent.norris@aporter.com
Anton A. Ware (SBN 257848)
  anton.ware@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>PREMIER NUTRITION CORP. f/k/a JOINT JUICE, INC.,<br><br>　　　　Defendant. | Case No.  3:13-cv-01271-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL AND SUPPLEMENTAL EXPERT DISCLOSURE DEADLINES**<br><br>Hon. Richard Seeborg<br><br>Current Dates: August 29, 2014 and September 26, 2014<br>Proposed Dates:  September 12, 2014 and October 10, 2014 |

{00076179.V1}
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL AND SUPPLEMENTAL EXPERT
DISCLOSURE DEADLINES
CASE NO. 3:13-CV-01271-RS

Pursuant to Local Rule 6-1 and 6-2, Plaintiff Vincent D. Mullins ("Plaintiff"), and Defendant Premier Nutrition Corporation ("Defendant"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, the initial expert disclosure deadline for any experts for summary judgment and class certification in this matter is currently August 29, 2014;

WHEREAS, the supplemental expert disclosure deadline for any experts for summary judgment and class certification in this matter is currently September 26, 2014;

WHEREAS, the parties have attempted to schedule key party depositions prior to the current expert disclosure deadlines, however certain of these depositions were not able to be scheduled until a time beyond or sufficiently in advance of the current deadlines;

WHEREAS, this request is made in good faith as an extension is necessary to allow the Parties sufficient time to complete their expert reports in a timely and comprehensive manner;

WHEREAS, this is only the second time the Parties have sought an extension of the expert disclosure deadlines, and the deadlines were previously extended by only two weeks;

WHEREAS, this extension will not affect any other deadlines set by the Court; and

WHEREAS, this extension will not affect any pre-trial or trial dates as no dates have been set for trial.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1) the deadline for the Parties to exchange initial expert disclosures for summary judgment and class certification is extended from August 29, 2014 to September 12, 2014; and

2) the deadline for the Parties to exchange supplemental expert disclosures for summary judgment and class certification is extended from September 26, 2014 to October 10, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

{00076179.V1}- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL AND SUPPLEMENTAL EXPERT DISCLOSURE DEADLINES
CASE NO. 3:13-CV-01271-RS

| | |
|---|---|
| Dated: August 19, 2014 | By:  /s/ Angel A. Garganta |
| | Angel A. Garganta |
| | **VENABLE LLP** |
| | Angel A. Garganta |
| | Guido E. Toscano |
| | |
| | **ARNOLD & PORTER LLP** |
| | Trenton H. Norris |
| | Anton A. Ware |
| | |
| | Attorneys for Defendant |
| | PREMIER NUTRITION CORP. |
| Dated: August 19, 2014 | By: /s/ by consent, Thomas Joseph O'Reardon, II |
| | Timothy G. Blood (SBN 149343) |
| | Thomas Joseph O'Reardon, II (SBN 247952) |
| | **BLOOD HURST O'REARDON LLP** |
| | |
| | Attorneys for Plaintiff |
| | Vincent D. Mullins |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 8/19/14

_____
Honorable Richard Seeborg
United States District Court Judge

{00076179.V1}- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL AND SUPPLEMENTAL EXPERT DISCLOSURE DEADLINES
CASE NO. 3:13-CV-01271-RS