BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No.:   C-13-01271 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING PRETRIAL DEADLINES PENDING POTENTIAL SUBSTITUTION OF CLASS REPRESENTATIVE**<br><br>CLASS ACTION<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:       Honorable Richard Seeborg<br>Courtroom: Courtroom 3, 17th Floor<br><br>Complaint Filed: March 21, 2013 |

00076638

Case No. C-13-01271 RS
STIPULATION AND [PROPOSED] ORDER STAYING PRETRIAL DEADLINES
PENDING POTENTIAL SUBSTITUTION OF CLASS REPRESENTATIVE

Pursuant to Local Rule 6-1 and 6-2, Plaintiff Vincent D. Mullins ("Plaintiff"), and Defendant Premier Nutrition Corporation ("Defendant"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:

As a result of a discovery ruling requiring Plaintiff to travel from his home in Illinois to San Francisco for deposition, Plaintiff has decided he no longer wishes to act as a class representative in this action. Plaintiff's counsel have been retained by Kathie Sonner, a person who wishes to serve as the class representative. The parties are meeting and conferring regarding the potential substitution of Ms. Sonner as the class representative. No later than September 12, 2014, Plaintiff's counsel will either submit a stipulation and proposed order for leave to dismiss Plaintiff and to amend to substitute Ms. Sonner as the named plaintiff or will file a motion requesting such leave to dismiss and so amend.

Meanwhile, the initial expert disclosure deadline for any experts for summary judgment and class certification in this matter is currently September 12, 2014, with supplemental expert disclosures currently due October 10, 2014. The deadline for all dispositive pretrial motions and motion for class certification is January 15, 2015. Because Plaintiff has decided he no longer wishes to act as a class representative in this action, and the Court has not yet ruled on a potential substitution of Ms. Sonner as proposed class representative, the Parties wish to postpone these dates until such time as the Court rules on whether Plaintiff may be dismissed and Ms. Sonner may be substituted as the named plaintiff. This is the third time the Parties have sought an extension of the expert disclosure deadlines, and the deadlines have only been extended by a total of four weeks. This is the first time the Parties have sought a modification of the deadlines relating to dispositive motions and class certification. A trial date has not been set in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1)   the September 12, 2014, deadline for the Parties to exchange initial expert disclosures for summary judgment and class certification, the October 10, 2014,

1

Case No. C-13-01271 RS
00076638   STIPULATION AND [PROPOSED] ORDER STAYING PRETRIAL DEADLINES
PENDING POTENTIAL SUBSTITUTION OF CLASS REPRESENTATIVE

deadline for the Parties to exchange supplemental expert disclosures for summary judgment and class certification, and the deadlines for filing and serving dispositive pretrial motions and motions for class certification are stayed pending the Court's ruling on whether Plaintiff may be dismissed and Plaintiff's counsel is permitted to file a first amended class action complaint; and

2) within 14 days following the Court's ruling on whether Plaintiff may be dismissed and Plaintiff's counsel is permitted to file a first amended class action complaint, the Parties shall submit a joint status report and proposed pretrial scheduling order setting new deadlines.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 5, 2014

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:     /s/ Timothy G. Blood
        TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

GRANT & EISENHOFER P.A.
ADAM J. LEVITT (*pro hac vice*)
EDMUND S. ARONOWITZ*
30 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

SIPRUT PC
JOSEPH J. SIPRUT (*pro hac vice*)
17 N. State Street, Suite 1600
Chicago, Illinois 60602
Telephone: (312) 236-0000
Facsimile: (312) 948-9212

BLOOD HURST & O'REARDON, LLP

00076638

```
                                    jsiprut@siprut.com
                                    tzanders@siprut.com

                                    CARPENTER LAW GROUP
                                    TODD D. CARPENTER (234464)
                                    402 West Broadway, 29th Floor
                                    San Diego, California 92101
                                    Telephone: (619) 347-3517
                                    Facsimile: (619) 756-6991
                                    todd@carpenterlawyers.com

                                    Attorneys for Plaintiff

Dated: September 5, 2014            ARNOLD & PORTER
                                    ANGEL A. GARGANTA (163957)


                                    By:      /s/ Angel A. Garganta
                                             ANGEL A. GARGANTA

                                    Three Embarcadero Center, 10th Floor
                                    San Francisco, CA 94111-4024
                                    Telephone: (415) 471-3100
                                    Facsimile: (415) 471-3400
                                    angel.garganta@aporter.com

                                    VENABLE LLP
                                    GUIDO E. TOSCANO (266304)
                                    2049 Century Park East, Suite 2100
                                    Los Angeles, CA 90067
                                    Telephone: (310) 229-9900
                                    Facsimile: (310) 229-9901
                                    getoscano@venable.com

                                    ARNOLD PORTER, LLP
                                    TRENTON H. NORRIS (164781
                                    RACHEL L. CHANIN (229253)
                                    ANTON A. WARE (257848)
                                    Three Embarcadero Center, 10th Floor
                                    San Francisco, CA 94111-4024
                                    Telephone: (415) 471-3100
                                    Facsimile: (415) 471-3400
                                    trent.norris@aporter.com
                                    rachel.chanin@aporter.com
                                    anton.ware@aporter.com

                                    Attorneys for Defendant
```

3                                    Case No. C-13-01271 RS
STIPULATION AND [PROPOSED] ORDER STAYING PRETRIAL DEADLINES
PENDING POTENTIAL SUBSTITUTION OF CLASS REPRESENTATIVE

BLOOD HURST & O'REARDON, LLP

00076638

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 5, 2014                    BLOOD HURST & O'REARDON, LLP

                                            By:       */s/ Timothy G. Blood*
                                                    TIMOTHY G. BLOOD

**[PROPOSED] ORDER**

Having reviewed the above Stipulation and Proposed Order Staying Pretrial Deadlines Pending Potential Substitution of Class Representative, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

IT IS SO ORDERED.

DATED: 9/5/14

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

BLOOD HURST & O'REARDON, LLP

00076638

5                                    Case No. C-13-01271 RS
STIPULATION AND [PROPOSED] ORDER STAYING PRETRIAL DEADLINES
PENDING POTENTIAL SUBSTITUTION OF CLASS REPRESENTATIVE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 5, 2014.

                    */s/ Timothy G. Blood*
                    TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O'REARDON, LLP

00076638

6

Case No. C-13-01271 RS
STIPULATION AND [PROPOSED] ORDER STAYING PRETRIAL DEADLINES
PENDING POTENTIAL SUBSTITUTION OF CLASS REPRESENTATIVE