BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No.:   C-13-01271 RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>CLASS ACTION<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:        Honorable Richard Seeborg<br>Courtroom: Courtroom 3, 17th Floor<br><br>Complaint Filed: March 21, 2013 |

1  Pursuant to Local Rule 6-1 and 6-2, Plaintiff Vincent D. Mullins ("Plaintiff"), and
2  Defendant Premier Nutrition Corporation ("Defendant"), through their respective counsel of
3  record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval,
4  as follows:

5  WHEREAS, on March 21, 2013, Plaintiff's counsel filed the operative Class Action
6  Complaint on behalf of Vincent D. Mullins and all others similarly situated (Dkt. 1), and on
7  May 21, 2013, defendant Premier Nutrition Corp. f/k/a Joint Juice, Inc. filed its answer to the
8  Class Action Complaint (Dkt. 21);

9  WHEREAS, pursuant to Fed. R. Civ. P. 15(b)(2), Defendant hereby provides its
10 written consent for Plaintiff's counsel to file a First Amended Class Action Complaint
11 ("FAC") wherein Kathie Sonner is substituted as the named plaintiff and proposed class
12 representative for Mr. Mullins;

13 WHEREAS, the FAC also adds allegations seeking damages under the Consumers
14 Legal Remedies Act pursuant to Cal. Civ. Code §1782(d); and

15 WHEREAS, to promote economy and efficiency, Defendant has reviewed the FAC and
16 proposes that consistent with its prior answer, the FAC will be deemed answered and any new
17 allegations will be deemed denied.

18 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties,
19 through their respective counsel and subject to the Court's approval, that:

20 Plaintiff's First Amended Class Action Complaint will be filed concurrently, and
21 consistent with Defendant's previous answer, the First Amended Class Action Complaint will
22 be deemed answered and any new allegations will be deemed denied.

23 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

24 Dated: September 12, 2014         BLOOD HURST & O'REARDON, LLP
                                     TIMOTHY G. BLOOD (149343)
25                                   THOMAS J. O'REARDON II (247952)
26
                                     By:      /s/ Timothy G. Blood
27                                          TIMOTHY G. BLOOD
28                                   701 B Street, Suite 1700

BLOOD HURST & O'REARDON, LLP

| | |
|---|---|
| 1 | San Diego, California 92101<br>Telephone: (619) 338-1100 |
| 2 | Facsimile: (619) 338-1101<br>tblood@bholaw.com |
| 3 | toreardon@bholaw.com |
| 4 | GRANT & EISENHOFER P.A.<br>ADAM J. LEVITT (*pro hac vice*) |
| 5 | EDMUND S. ARONOWITZ*<br>30 North LaSalle Street, Suite 1200 |
| 6 | Chicago, Illinois 60602<br>Telephone: (312) 214-0000 |
| 7 | Facsimile: (312) 214-0001<br>alevitt@gelaw.com |
| 8 | earonowitz@gelaw.com |
| 9 | SIPRUT PC<br>JOSEPH J. SIPRUT (*pro hac vice*) |
| 10 | 17 N. State Street, Suite 1600<br>Chicago, Illinois 60602 |
| 11 | Telephone: (312) 236-0000<br>Facsimile: (312) 948-9212 |
| 12 | jsiprut@siprut.com<br>tzanders@siprut.com |
| 13 | |
| 14 | CARPENTER LAW GROUP<br>TODD D. CARPENTER (234464) |
| 15 | 402 West Broadway, 29th Floor<br>San Diego, California 92101 |
| 16 | Telephone: (619) 347-3517<br>Facsimile: (619) 756-6991 |
| 17 | todd@carpenterlawyers.com |
| 18 | *Attorneys for Plaintiff* |
| 19 | Dated: September 12, 2014      VENABLE LLP<br>ANGEL A. GARGANTA (163957) |
| 20 | |
| 21 | By:    */s/ Angel A. Garganta*<br>       ANGEL A. GARGANTA |
| 22 | |
| 23 | Spear Tower, 40th Floor<br>One Market Plaza |
| 24 | 1 Market Street<br>San Francisco, CA 94105 |
| 25 | Telephone: (415) 653-3735<br>Facsimile: (415) 653-3755 |
| 26 | agarganta@venable.com |
| 27 | VENABLE LLP<br>GUIDO E. TOSCANO (266304) |
| 28 | 2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |

Blood Hurst & O'Reardon, LLP

| | |
|---|---|
| 1 | Telephone:  (310) 229-9900 |
| 2 | Facsimile:  (310) 229-9901<br>getoscano@venable.com |
| 3 | ARNOLD PORTER, LLP |
| 4 | TRENTON H. NORRIS (164781<br>RACHEL L. CHANIN (229253) |
| 5 | ANTON A. WARE (257848)<br>Three Embarcadero Center, 10th Floor |
| 6 | San Francisco, CA  94111-4024<br>Telephone:  (415) 471-3100 |
| 7 | Facsimile: (415) 471-3400<br>trent.norris@aporter.com |
| 8 | rachel.chanin@aporter.com<br>anton.ware@aporter.com |
| 9 | *Attorneys for Defendant* |

(Lines 10–28 blank)

Left margin: BLOOD HURST & O'REARDON, LLP

3

Case No. C-13-01271 RS

STIP AND [PROPOSED] ORDER CONCERNING FIRST AMENDED CLASS ACTION COMPLAINT

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 12, 2014                         BLOOD HURST & O'REARDON, LLP

                                                  By:     */s/ Timothy G. Blood*
                                                          TIMOTHY G. BLOOD

**[PROPOSED] ORDER**

Having reviewed the above Stipulation and Proposed Order Concerning First Amended Class Action Complaint, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

**IT IS SO ORDERED.**

DATED: 9/12/14

*/s/ Richard Seeborg*
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE