UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT D. MULLINS, et al.,

    Plaintiffs,

v.

PREMIER NUTRITION CORPORATION,

    Defendant.

Case No. 13-cv-01271-RS

**ORDER CLARIFYING SCHEDULING ORDER**

Plaintiff requests that the Court's January 30, 2015 deadline for supplemental expert disclosures apply only to parties' affirmative disclosures to be filed in support of their respective motions for summary judgment and for class certification, so that they may later file evidence to rebut motions not yet served.  Plaintiff does not demonstrate that such relief is appropriate at this juncture.  Legal arguments made in pleadings are generally countered with legal arguments—not additional expert testimony.  Having Dr. Grande and Mr. Poret's reports in hand should at this time enable plaintiff to gather and provide all expert disclosures he thinks might be necessary to form the basis for legal arguments to rebut those defendant will put forth in its motion for summary judgment.  Plaintiff's request is, accordingly, denied; the January 30, 2015 deadline applies to all supplemental expert disclosures for summary judgment and class certification purposes.

**IT IS SO ORDERED**.

Dated: January 23, 2015

_____
RICHARD SEEBORG
United States District Judge