**VENABLE LLP**
Angel A. Garganta (SBN 163957)
　aagarganta@venable.com
Spear Tower, 40th Floor
One Market Plaza, 1 Market Street
San Francisco, CA 94105
Telephone:　(415) 653-3735
Facsimile:　(415) 653-3755

Daniel S. Blynn (*Pro Hac Vice*)
　dsblynn@venable.com
575 7th Street, NW
Washington, DC  20004
Telephone:　(202) 344-4619
Facsimile:　(202) 344-8300

Guido E. Toscano (SBN 266304)
　getoscano@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:　(310) 229-9900
Facsimile:　(310) 229-9901

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
　trent.norris@aporter.com
Anton A. Ware (SBN 257848)
　anton.ware@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:　(415) 471-3100
Facsimile:　(415) 471-3400

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>PREMIER NUTRITION CORP.<br>f/k/a JOINT JUICE, INC.,<br><br>　　　　Defendant. | Case No. 3:13-cv-01271-RS<br><br>Hon. Richard Seeborg<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES** |

　　　　Pursuant to Local Rule 6-1 and 6-2, Plaintiff Kathie Sonner ("Plaintiff"), and Defendant Premier Nutrition Corporation ("Defendant"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:

　　　　WHEREAS, the Parties have now exchanged the experts reports of six experts whose testimony will be used at class certification and summary judgment per the Court's Case Management Scheduling Order [ECF No. 66];

1  WHEREAS, the deadline to complete discovery of those experts is currently set for March 2  13, 2015 per the Court's Case Management Scheduling Order [ICF No. 66];

3  WHEREAS, with the benefit of the exchange of each Parties' expert reports, the Parties 4  have agreed to renew settlement discussions at a mediation with Hon. Carl J. West (Ret.) at JAMS;

5  WHEREAS, the mediation is set for April 9, 2015, the earliest date practical given the 6  Parties' and the mediator's schedule;

7  WHEREAS, the Parties seek a three-month extension of the expert discovery deadline so 8  that they may postpone the depositions of their six experts and give the Parties time to focus their 9  efforts on settlement;

10  WHEREAS, this request is made in good faith as an extension is necessary to allow the 11  Parties sufficient time to prepare for and conduct a mediation and, then, complete expert discovery 12  after the mediation (if the mediation proves unsuccessful);

13  WHEREAS, if this request is granted, it will be the fourth extension of case deadlines 14  granted by the Court (the first extension was in connection with a stay of this case for an early 15  mediation that proved unsuccessful, the second extension was requested because the Parties were 16  unable to schedule key party depositions prior to discovery deadlines; and the third extension was in 17  connection with Plaintiff's request to substitute the named plaintiff);

18  WHEREAS, this extension will not affect any pre-trial or trial dates as no dates have been 19  set for trial;

20  WHEREAS, the requested extension, however, will affect the deadline to file opening 21  memoranda in support of motions for summary judgment and class certification, which currently is 22  set for May 8, 2015;

23  WHEREAS, the Parties also request that the deadline to file opening memoranda in support 24  of motions for summary judgment and class certification be extended by three months, from May 8, 25  2015 to August 7, 2015; and,

26  WHEREAS, a Case Management Conference is scheduled to be held on March 19, 2015, at 27  10:00 am, and the Parties request that it be postponed until after the mediation scheduled for April 28  9, 2015.

1  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through
2  their respective counsel and subject to the Court's approval, that:
3     1) the deadline for the Parties to complete expert discovery is extended to June 9, 2015;
4     2) the deadline for the Parties to file opening memoranda in support of motions for
5        summary judgment and class certification is extended to August 7, 2015; and,
6     3) The Case Management Conference scheduled for March 19, 2015 be taken off calendar
7        and rescheduled by the Court for a date a~~fter April 9, 2015~~. *April 23, 2015 at 10:00 a.m.*
8  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

10  Dated: March 2, 2015            By: */s/ Angel A. Garganta*
11                                                      Angel A. Garganta

**VENABLE LLP**
Angel A. Garganta
Daniel S. Blynn
Guido E. Toscano

**ARNOLD & PORTER LLP**
Trenton H. Norris
Anton A. Ware

Attorneys for Defendant
PREMIER NUTRITION CORP.

Dated: March 2, 2015            By: */s/ by consent, Timothy G. Blood*
                                                    Timothy G. Blood

**BLOOD HURST O'REARDON LLP**
Timothy G. Blood
Thomas Joseph O'Reardon, II

Attorneys for Plaintiff
KATHIE SONNER

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2

3  Dated: 3/2/2015                    *[signature]*

4                                     Honorable Richard Seeborg
                                      United States District Court Judge