BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No.:   C-13-01271 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL DEADLINES**<br><br>CLASS ACTION<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:        Honorable Richard Seeborg<br>Courtroom:  Courtroom 3, 17th Floor<br><br>Complaint Filed: March 21, 2013 |

1    Pursuant to Local Rule 6-1 and 6-2, Plaintiff Kathie Sonner ("Plaintiff"), and
2  Defendant Premier Nutrition Corporation ("Defendant"), through their respective counsel of
3  record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval,
4  as follows:

5    The Parties previously informed the Court that they agreed to renew settlement
6  discussions with the Hon. Carl J. West (Ret.) at JAMS. (*See* Dkt. 71.) The Parties participated
7  in mediation on April 9, 2015, but were not able to settle this action at this time. As a result,
8  the next step is to complete expert discovery and then brief motions for summary judgment
9  and class certification. The Parties have met and conferred, started to exchange potential dates
10 for depositions of the six experts at issue, and have agreed on the proposed pretrial deadlines
11 set forth below. This request is made in good faith because the availability of experts for
12 deposition does not make it possible to meet the current June 9, 2015, expert discovery
13 deadline, and the August 7, 2015, deadline to file opening memoranda in support of motions
14 for summary judgment and class certification. (*See* Dkt. 72 (Order Extending Deadlines).)

15   If this request is granted it will be the fifth extension of case deadlines granted by the
16 Court. The first extension was in connection with a stay of the case for an early mediation that
17 proved unsuccessful, the second extension was requested because the parties were unable to
18 schedule key party depositions prior to discovery deadlines, the third extension was in
19 connection with Plaintiff's request to substitute the named plaintiff, and the fourth extension
20 was in connection with the most recent mediation effort, which followed the parties' exchange
21 of expert reports. If this extension is granted it will not affect any trial dates as no date has
22 been set for trial.

23   Further, the Court has currently scheduled a case management conference for April 23,
24 2015. at 10:00 a.m. (*See* Dkt. 72.) The Parties have met and conferred and do not believe there
25 is an urgent need for a CMC at this time. The Parties are working cooperatively to schedule
26 expert depositions and have agreed on a proposed schedule to brief class certification and
27 summary judgment. Accordingly, if the Court desires, the CMC set for April 23, 2015, may
28 be taken off calendar.

1  
Case No. C-13-01271 RS  
STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL DEADLINES

00083402

BLOOD HURST & O'REARDON, LLP

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1) the deadline for the Parties to complete expert discovery is extended to July 31, 2015;

2) the deadline for the Parties to file opening memoranda in support of motions for summary judgment and class certification is extended to October 2, 2015;

3) the deadline for the Parties to file memoranda in opposition to motions for summary judgment and class certification is November 6, 2015;

4) the deadline for the Parties to file reply memoranda in support of motions for summary judgment and class certification is December 11, 2015;

5) hearing on the motions for summary judgment and class certification will take place on _November 19_, at _1:30 pm_; and

6) the case management conference scheduled for April 23, 2015, at 10:00 a.m. is taken off calendar.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 16, 2015

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By: _s/ Timothy G. Blood_
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, California  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

GRANT & EISENHOFER P.A.
ADAM J. LEVITT (*pro hac vice*)
EDMUND S. ARONOWITZ*
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Telephone:  (312) 214-0000
Facsimile:  (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

|     |                          |                                                                  |
|-----|--------------------------|------------------------------------------------------------------|
| 1   |                          | SIPRUT PC                                                        |
|     |                          | JOSEPH J. SIPRUT (*pro hac vice*)                                |
| 2   |                          | 17 N. State Street, Suite 1600                                   |
|     |                          | Chicago, Illinois 60602                                          |
| 3   |                          | Telephone: (312) 236-0000                                        |
|     |                          | Facsimile: (312) 948-9212                                        |
| 4   |                          | jsiprut@siprut.com                                               |
|     |                          | tzanders@siprut.com                                              |

CARPENTER LAW GROUP
TODD D. CARPENTER (234464)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: (619) 347-3517
Facsimile: (619) 756-6991
todd@carpenterlawyers.com

*Attorneys for Plaintiff*

Dated: April 16, 2015

VENABLE LLP
ANGEL A. GARGANTA (163957)


By:       *s/ Angel A. Garganta*
          ANGEL A. GARGANTA

Spear Tower, 40th Floor
One Market Plaza, 1 Market Street
San Francisco, CA 94105
Telephone: (415) 653-3735
Facsimile: (415) 653-3755
aagarganta@venable.com

VENABLE LLP
GUIDO E. TOSCANO (266304)
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
getoscano@venable.com

ARNOLD PORTER, LLP
TRENTON H. NORRIS (164781
ANTON A. WARE (257848)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
trent.norris@aporter.com
anton.ware@aporter.com

*Attorneys for Defendant*

BLOOD HURST & O'REARDON, LLP

00083402

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: April 16, 2015　　　　　　　　BLOOD HURST & O'REARDON, LLP

　　　　　　　　　　　　　　　　　　By:　　*s/ Timothy G. Blood*
　　　　　　　　　　　　　　　　　　　　　TIMOTHY G. BLOOD

## [~~PROPOSED~~] ORDER

Having reviewed the above Stipulation and Proposed Order Continuing Pretrial Deadlines, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

IT IS SO ORDERED.

DATED:  4/16/15

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE