VENABLE LLP
Angel A. Garganta (SBN 163957)
  aagarganta@venable.com
Jessica L. Grant (SBN 178138)
  jgrant@venable.com
505 Montgomery Street
Suite 1400
San Francisco, CA 94111
Telephone:     (415) 653-3750
Facsimile:     (415) 653-3755

ARNOLD & PORTER LLP
Trenton H. Norris (SBN 164781)
  trent.norris@aporter.com
Anton Ware (SBN 257848)
  anton.ware@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:     (415) 471-3100
Facsimile:     (415) 471-3400

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated, | Case No. 3:13-cv-01271-RS |
| Plaintiff | Hon. Richard Seeborg |
| v. | **JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS TO STRIKE/EXCLUDE AS MODIFIED BY COURT** |
| PREMIER NUTRITION CORP. f/k/a JOINT JUICE, INC., | |
| Defendant. | |

Pursuant to Local Rule 6-1 and 6-2, Plaintiff  Kathie Sonner ("Plaintiff"), and Defendant Premier Nutrition Corporation ("Premier"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, the deadline for the Parties to file opening memoranda in support of motions for summary judgment and class certification is October 2, 2015 [ECF No. 74];

WHEREAS, the Parties previously stipulated to – and the Court approved –a briefing schedule for their respective motions as follows: (1) the deadline for the Parties to file memoranda in opposition to motions for summary judgment and class certification is November 6, 2015;  (2) the deadline for the Parties to file reply memoranda in support of motions for summary judgment and class certification is December 11, 2015; (3) the hearing on the motions for summary judgment and class certification will take place on December 17, 2015 [ECF 75].

WHEREAS, concurrently with its motion for summary judgment, Premier intends to file a motion to exclude the expert testimony of Plaintiff's scientific expert Dr. Graboff and a motion to strike the deposition errata of Plaintiff's expert Dr. Willis;

WHERAS, this request is made in good faith in order to coordinate the briefing schedule for all of the above-referenced motions;

WHEREAS, this briefing schedule will also be for the convenience of the Court and will allow the Parties' motions for summary judgment, class certification, and motions to strike/exclude to be heard together on December 17, 2015.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. The deadline for Plaintiff to file a memoranda in opposition to Premier's forthcoming motion to exclude and motion to strike is November 6, 2015;

2. The deadline for Premier to file reply memoranda in support of its motion to strike and motion to exclude is December 11, 2015;

3. The hearing on Premier's motion to exclude and motion to strike will take place concurrently with the hearing on the Parties' respective motions for summary judgment and class certification, currently set for January 7, 2016.

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3   Dated:  September 30, 2015                    By:     */s/ Angel A. Garganta*

4                                                            Angel A. Garganta

5                                                       **VENABLE LLP**
                                                         Angel A. Garganta
6                                                        Jessica L. Grant

7                                                       **ARNOLD & PORTER LLP**
                                                         Trenton H. Norris
8                                                        Anton A. Ware

9                                                        Attorneys for Defendant
                                                         PREMIER NUTRITION CORP.
10

11  Dated:  September 30, 2015                    By: *_/s/ by consent, Timothy G. Blood_*
                                                             Timothy G. Blood
12                                                      **BLOOD HURST O'REARDON LLP**
                                                         Timothy G. Blood
13                                                       Thomas Joseph O'Reardon, II

14
                                                         Attorneys for Plaintiff
15                                                       KATHIE SONNER

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2

3    Date:  September 30, 2015

4                                                      Honorable Richard Seeborg
                                                       United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28