VENABLE LLP
Angel A. Garganta (SBN 163957)
 aagarganta@venable.com
Jessica L. Grant (SBN 178138)
 jgrant@venable.com
505 Montgomery Street
Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:    (415) 653-3755

ARNOLD & PORTER LLP
Trenton H. Norris (SBN 164781)
 trent.norris@aporter.com
Anton Ware (SBN 257848)
 anton.ware@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   (415) 471-3100
Facsimile:    (415) 471-3400

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff<br><br>        v.<br><br>PREMIER NUTRITION CORP.<br>f/k/a JOINT JUICE, INC.,<br><br>                Defendant. | Case No. 3:13-cv-01271-RS<br><br>Hon. Richard Seeborg<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR DECLARATION TO COMPLY WITH LOCAL RULE 79-5(e)** |

Pursuant to Local Rule 6-1 and 6-2, Plaintiff Kathie Sonner ("Plaintiff"), and Defendant Premier Nutrition Corporation ("Premier"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, under the Stipulated Order Governing the Designation and Handling of Confidential Materials ("Protective Order"), entered by the Court on February 5, 2014 [ECF No. 38], parties who produce documents in this litigation may designate certain documents that contain "Confidential Information" as "Confidential," thereby restricting the dissemination and disclosure of those documents;

WHEREAS, on October 2, 2015, Plaintiff filed an Administrative Motion To File Under Seal Certain Documents Submitted In Support Of Plaintiff's Motion For Class Certification ("Administrative Motion") [ECF Nos. 81-82, 86-87] in order to file certain portions of exhibits to her motion for class certification under seal because those exhibits contain information designated by Premier as "Confidential";

WHEREAS, Plaintiff's Administrative Motion identified 45 exhibits filed along with Plaintiff's motion for class certification that were designated "confidential" by Premier either in whole or in part [ECF No. 82-1];

WHEREAS, Local Rule 79-5(e) requires that within 4 days of the filing of an administrative motion the designating party (in this case, Premier) must file a declaration "establishing that all of the designated material is sealable."

WHEREAS, given the volume of material filed in support of Plaintiff's motion for class certification (including over 1,000 pages of exhibits), Premier seeks additional time to prepare the declaration required by Local Rule 79-5(e);

WHERAS, Plaintiff does not oppose Premier's request;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. Premier's declaration establishing that all of the designated material in Plaintiff's Administrative Motion is sealable pursuant to Local Rule 79-5(e) shall be due November 6, 2015.

2. The exhibits and portions of the motion for class certification filed under seal shall remain provisionally sealed pending the filing of Premier's declaration and the Court's ruling on the Administrative Motion.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 6, 2015         By:   */s/ Angel A. Garganta*
                                     Angel A. Garganta

**VENABLE LLP**
Angel A. Garganta
Jessica L. Grant

**ARNOLD & PORTER LLP**
Trenton H. Norris
Anton A. Ware

Attorneys for Defendant
PREMIER NUTRITION CORP.

Dated: October 6, 2015         By: */s/ by consent, Timothy G. Blood*
                                   Timothy G. Blood

**BLOOD HURST O'REARDON LLP**
Timothy G. Blood
Thomas Joseph O'Reardon, II

Attorneys for Plaintiff
KATHIE SONNER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated: _____    _____
                                      Honorable Richard Seeborg
                                      United States District Court Judge

## NOTICE OF ATTESTATION

I, Angel A. Garganta, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with General Order 45, X.B., I hereby attest that Plaintiff's counsel has concurred in this filing.

Dated: October 6, 2015                VENABLE LLP


                                       By: /s/ *Angel A. Garganta*
                                           Angel A. Garganta

---

JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR DECLARATION TO COMPLY WITH LOCAL RULE 79-5(e) (3:13-CV-01271-RS)

## **PROOF OF SERVICE**

I hereby certify that on October 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 6, 2015                         VENABLE LLP


                                                By: /s/ *Angel A. Garganta*_____
                                                     Angel A. Garganta