VENABLE LLP
Angel A. Garganta (SBN 163957)
  aagarganta@venable.com
Jessica L. Grant (SBN 178138)
  jgrant@venable.com
505 Montgomery Street
Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755

ARNOLD & PORTER LLP
Trenton H. Norris (SBN 164781)
  trent.norris@aporter.com
Anton Ware (SBN 257848)
  anton.ware@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>    v.<br><br>PREMIER NUTRITION CORP. f/k/a JOINT JUICE, INC.,<br><br>    Defendant. | Case No. 3:13-cv-01271-RS<br><br>Hon. Richard Seeborg<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING DATE** |

1  Pursuant to Local Rule 6-1 and 6-2, Plaintiff Kathie Sonner ("Plaintiff"), and Defendant
2  Premier Nutrition Corporation ("Premier"), through their respective counsel of record (collectively,
3  "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:
4  WHEREAS, the Parties filed their respective motions for summary judgment, class
5  certification, and motions to strike/exclude on October 2, 2015 [ECF Nos. 80-88];
6  WHEREAS, on September 30, 2015 the Court moved the previously scheduled hearing on
7  each of the above-referenced motions to January 7, 2016 [ECF No. 79];
8  WHEREAS, due to travel conflicts by Premier's counsel (involving international travel in
9  other matters), the Parties have agreed to jointly request that the Court reschedule the hearing for all
10 the above-referenced motions to January 21, 2015;
11 WHERAS, this request is made in good faith in order to accommodate the travel schedule of
12 Premier's counsel;
13 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through
14 their respective counsel and subject to the Court's approval, that:
15   1. The Parties' motions for summary judgment, class certification, and motions to
16      strike/exclude shall be heard together on January 21, 2016.
17 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 6, 2015         By:   */s/ Angel A. Garganta*
                                       Angel A. Garganta

                               **VENABLE LLP**
                               Angel A. Garganta
                               Jessica L. Grant

                               **ARNOLD & PORTER LLP**
                               Trenton H. Norris
                               Anton A. Ware

                               Attorneys for Defendant
                               PREMIER NUTRITION CORP.

| | |
|---|---|
| Dated:  October 6, 2015 | By: */s/ by consent, Timothy G. Blood*<br>    Timothy G. Blood<br>**BLOOD HURST O'REARDON LLP**<br>Timothy G. Blood<br>Thomas Joseph O'Reardon, II<br><br>Attorneys for Plaintiff<br>KATHIE SONNER |

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3  Dated:  10/7/15                              _____
4                                               Honorable Richard Seeborg
                                                United States District Court Judge