BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No.: C-13-01271 RS<br><br>**JOINT STIPULATION AND [**~~PROPOSE~~**D]**<br>**ORDER CONTINUING BRIEFING**<br>**DEADLINES**<br><br><u>CLASS ACTION</u><br><br>**JURY TRIAL DEMANDED**<br><br>Judge:     Honorable Richard Seeborg<br>Courtroom: Courtroom 3, 17th Floor<br><br>Complaint Filed: March 21, 2013 |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Kathie Sonner ("Plaintiff"), and Defendant Premier Nutrition Corporation ("Premier"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, the remaining briefing schedule for the outstanding motions for class certification, for summary judgment and to exclude / strike expert testimony (the "Motions") is as follows: (1) the deadline for the Parties to file memoranda in opposition to the Motions is November 6, 2015; (2) the deadline for the Parties to file reply memoranda in support of the Motions is December 11, 2015 (ECF No. 79); and the hearing on the Motions is January 21, 2016 (ECF No. 91);

WHEREAS, Premier's declaration establishing the material designated in Plaintiff's Administrative Motion to File Under Seal Certain Documents Submitted In Support of Plaintiff's Motion For Class Certification ("Administrative Motion") (ECF Nos. 81-82, 86-87) is sealable is due November 6, 2015 (ECF No. 93);

WHEREAS, due to an unexpected personal matter for one of Plaintiff's attorneys primarily responsible completing Plaintiff's opposition memoranda, the Parties have agreed to jointly request a short extension for filing the above-referenced memoranda. Plaintiff agrees to a reciprocal extension for Premier's briefing deadlines. This request for short extension is made in good faith to accommodate unforeseen circumstances and to accommodate the large volume of filings described herein.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1) the deadline for the Parties to file opposition to motions for class certification, for summary judgment and to exclude and strike expert testimony is extended to November 9, 2015;

2) the deadline for Premier to file its declaration establishing that all of the designated material in Plaintiff's Administrative Motion is extended to November 9, 2015;

3) the deadline for the Parties to file reply memorandum in support of motions for class certification, for summary judgment and to exclude and strike expert testimony is extended to December 14, 2015; and

4) the hearing on the motions for summary judgment, class certification and strike/exclude will still be heard on January 21, 2016.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 5, 2015

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:      s/ Timothy G. Blood
         TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, California  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

GRANT & EISENHOFER P.A.
ADAM J. LEVITT (*pro hac vice*)
EDMUND S. ARONOWITZ*
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Telephone:  (312) 214-0000
Facsimile:  (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

SIPRUT PC
JOSEPH J. SIPRUT (*pro hac vice*)
17 N. State Street, Suite 1600
Chicago, Illinois  60602
Telephone:  (312) 236-0000
Facsimile:  (312) 948-9212
jsiprut@siprut.com
tzanders@siprut.com

CARPENTER LAW GROUP
TODD D. CARPENTER (234464)
402 West Broadway, 29th Floor
San Diego, California  92101
Telephone:  (619) 347-3517
Facsimile:  (619) 756-6991
todd@carpenterlawyers.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: November 5, 2015 | VENABLE LLP<br>ANGEL A. GARGANTA (163957)<br>JESSICA L. GRANT (178138)<br><br>By:     *s/ Angel A. Garganta*<br>        ANGEL A. GARGANTA<br><br>505 Montgomery Street, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 653-3735<br>Facsimile: (415) 653-3755<br>aagarganta@venable.com<br>jgrant@venable.com<br><br>VENABLE LLP<br>GUIDO E. TOSCANO (266304)<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA  90067<br>Telephone:  (310) 229-9900<br>Facsimile:  (310) 229-9901<br>getoscano@venable.com<br><br>ARNOLD PORTER, LLP<br>TRENTON H. NORRIS (164781<br>ANTON A. WARE (257848)<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111-4024<br>Telephone:  (415) 471-3100<br>Facsimile: (415) 471-3400<br>trent.norris@aporter.com<br>anton.ware@aporter.com<br><br>*Attorneys for Defendant* |

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

| | |
|---|---|
| Dated: November 5, 2015 | BLOOD HURST & O'REARDON, LLP<br><br>By:     *s/ Timothy G. Blood*<br>        TIMOTHY G. BLOOD |

BLOOD HURST & O'REARDON, LLP

00092640

3

Case No. C-13-01271 RS

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING DEADLINES

# [~~PROPOSED~~] ORDER

Having reviewed the above Stipulation and Proposed Order Continuing Briefing Deadlines, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

IT IS SO ORDERED.

DATED: ~~11/5/15~~

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE