1  BLOOD HURST & O'REARDON, LLP
   TIMOTHY G. BLOOD (149343)
2  THOMAS J. O'REARDON II (247952)
   701 B Street, Suite 1700
3  San Diego, CA  92101
   Telephone: (619) 338-1100
4  Facsimile: (619) 338-1101
   tblood@bholaw.com
5  toreardon@bholaw.com

6  Attorneys for Plaintiff and Proposed Class Counsel

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| 10 | VINCENT D. MULLINS, individually and on behalf of all others similarly situated, | Case No.:   C-13-01271 RS |
|---|---|---|
| 11 |  | **DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF PLAINTIFF'S OMNIBUS RESPONSE IN OPPOSITION TO MOTION TO STRIKE ERRATA TO DEPOSITION OF DR. LYNN WILLIS, Ph.D. AND MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. STEVEN GRABOFF, M.D.** |
| 12 | Plaintiff, |  |
| 13 | v. |  |
| 14 | PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC., |  |
| 15 | Defendant. |  |
| 16 |  | CLASS ACTION |
| 17 |  | Date:    January 21, 2016<br>Time:    1:30 p.m.<br>Judge:   Hon. Richard Seeborg<br>Ctrm:    Courtroom 3, 17th Floor |
| 18 |  |  |
| 19 |  | Complaint Filed: March 21, 2013 |

BLOOD HURST & O'REARDON, LLP

I, TIMOTHY G. BLOOD, declare:

1. I am an attorney licensed to practice before all courts of the State of California and admitted to practice before this Court. I am the managing partner of the law firm of Blood Hurst & O'Reardon, LLP, one of the counsel for Plaintiff and proposed Class Counsel. I have personal knowledge of the matters stated and, if called upon, could and would competently testify to them.

2. Attached are true and correct copies of the following exhibits:

**Exhibit 1:** Deposition of Lynn R. Willis, Ph.D. (July 10, 2105); and

**Exhibit 2:** Deposition of Steven R. Graboff, M.D. (July 28, 2015).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2015, at San Diego, California.

*By:    s/ Timothy G. Blood*
TIMOTHY G. BLOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2015.

s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com