# EXHIBIT 1

# Mullins vs. Premier Nutrition Corp.

## Deposition of
## LYNN R. WILLIS, PH.D.
## July 10, 2015




```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   VINCENT D. MULLINS,      )
     individually and on      )
 6   behalf of all others     )
     similarly situated,      )
 7                            )
             Plaintiffs,      ) CAUSE NO.
 8                            )
             -vs-             ) 3:13-cv-01271-RS
 9                            )
     PREMIER NUTRITION        )
10   CORP. f/k/a JOINT        )
     JUICE, INC.,             )
11                            )
             Defendant.       )
12

13

14          DEPOSITION OF LYNN R. WILLIS, Ph.D.

15                  Indianapolis, Indiana

16                    July 10, 2015

17

18

19

20

21

22

23   Reported By:
     Amy Doman
24   RPR, CRR, CSR No. 10-R-3022

25   Job No.: 10017795
```

Case 3:13-cv-01271-RS   Document 99-2   Filed 11/09/15   Page 4 of 7

Lynn R. Willis, Ph.D.                                          Mullins vs. Premier Nutrition Corp.

1   Q   So, for instance, you might have drugs that are on
2       the market that might produce a clinical benefit or
3       a therapeutic benefit in one population of patients
4       but not another?
5   A   For a variety of reasons.
6   Q   So, for instance, people that took Joint Juice
7       could have -- experience benefits while another
8       group of people might not?
9   A   Correct. , as a result of the placebo effect
10  Q   As you said, it depends on a lot of factors that
11      relate to that individual, correct?
12  A   Correct.
13  Q   Now, would it be fair to say that doctors could
14      observe -- prescribe glucosamine and chondroitin
15      for patients because they have observed a
16      therapeutic benefit --
17          MR. BLOOD:  Foundation, speculation.
18    BY MS. GRANT:
19  Q   -- associated with those compounds?
20          MR. BLOOD:  Same objections.
21  A   Sure, that's possible.
22    BY MS. GRANT:
23  Q   Your definition of "clinical significance" is that
24      the drug or compound produces a therapeutic
25      benefit, correct?

Case 3:13-cv-01271-RS   Document 99-2   Filed 11/09/15   Page 5 of 7

Lynn R. Willis, Ph.D.                                   Mullins vs. Premier Nutrition Corp.

1        what people who have studied it directly have said.
2    Q   **You read some papers, but you actually haven't**
3        **yourself studied cartilage, have you?**
4    A   No.
5    Q   **Unlike Dr. Grande.  You understand that's his area**
6        **of expertise?**
7    A   Of course.
8    Q   **Would you admit that Dr. Grande has more expertise**
9        **in studying cartilage than you do?**
10   A   Oh, of course.
11   Q   **Now, what is the basis of your opinion that**
12       **chondroitin sulfate that is taken orally cannot**
13       **also contribute to the structural integrity of**
14       **cartilage?**
15   A   Well, because the research that has been done on
16       endogenous glucosamine and chondroitin have led to
17       the accepted notion that these are not essential
18       nutrients, meaning they are not nutrients that we
19       cannot make ourselves.  And that the consensus, of
20       what I read, among the scientific community here
21       was that the cells of our body, as long as they are
22       healthy, and our joints, as long as those cells are
23       healthy, they can make all of the glucosamine and
24       chondroitin that they need in order to maintain
25       adequate lubrication and structure.

Case 3:13-cv-01271-RS   Document 99-2   Filed 11/09/15   Page 6 of 7

Lynn R. Willis, Ph.D.                                    Mullins vs. Premier Nutrition Corp.

1              Similar to the situation with vitamins.
2        Vitamin -- the B vitamins, the body knows how much
3        it needs of a particular vitamin, and will use only
4        that amount of vitamin.
5              Similarly, this is true for any chemical in
6        our body.  The body knows what is the appropriate
7        level for sodium, potassium, calcium, all of the
8        irons, proteins, and so on, that they are able to
9        make on their own.
10             And in the case of the B vitamins, as just a
11       good example, if you were to take a supplement of
12       B vitamins that exceeded the amount of B vitamins
13       that your body needed, those vitamins that you took
14       that were not needed would just end up in the
15       urine, and everything would be fine.  And it isn't
16       that the body stores the B vitamins.  It isn't that
17       the B vitamins now make you more healthy.
18             And this is what I gathered from the
19       literature from folks like Dr. Grande and others
20       who have studied -- Silbert, who have studied the
21       dynamics of cartilage synthesis and joint
22       lubrication, that this is the way it is with this,
23       and so there's no need for an exogenous supply of
24       glucosamine and chondroitin.
25   Q   And if I understand your testimony, your opinion

Case 3:13-cv-01271-RS   Document 99-2   Filed 11/09/15   Page 7 of 7

Lynn R. Willis, Ph.D.                                    Mullins vs. Premier Nutrition Corp.

1           makes glucosamine and chondroitin, there's no need
2           to take oral supplementation of those compounds,
3           correct?
4                MR. BLOOD:  Misstates his testimony in part.
5    A      That's my conclusion of what I've read, from what
6           I've read.
7        BY MS. GRANT:
8    Q      **How do you explain the results of the clinical**
9           **trials that have shown a positive outcome on joint**
10          **health when people take glucosamine and**
11          **chondroitin?**
12   A      The overall evidence doesn't show that.
13   Q      **What do you mean, "the overall evidence"?**
14   A      The evidence post-Eriksen.
15   Q      **Post-2014?**
16   A      Post-Eriksen's evaluation of the previous decades
17          of work, showing quite definitively, in my view,
18          the result of the publication bias.
19               Take that out of the picture, and all of the
20          clinical trials from that point forward provide
21          evidence to indicate that glucosamine and
22          chondroitin do not have an effect within
23          osteoarthritic patients that is anything more than,
24          at best, marginal, and generally speaking, no
25          different than the response to placebo.