BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff and Proposed Class Counsel

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No.:   C-13-01271 RS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PAGE LIMIT EXTENSION RE CLASS CERTIFICATION REPLY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>CLASS ACTION<br><br>Date:   January 21, 2016<br>Time:   1:30 p.m.<br>Judge: Hon. Richard Seeborg<br>Ctrm:   Courtroom 3, 17th Floor<br><br>Complaint Filed: March 21, 2013 |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 21, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff Kathleen Sonner will and hereby does move for an order permitting her a 4-page extension to 19-pages for her reply in support of her motion for class certification. The additional pages are being requested to more adequately address the arguments raised by defendant in its opposition brief.

This motion is based upon this notice of motion, the accompanying memorandum of law, and such other evidence and argument as may be presented at or before the hearing on this motion.

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Civil Local Rule 7-4, Plaintiff submits this memorandum in support of her request for a four-page extension to 19-pages for her reply in support of her motion for class certification. Plaintiff's reply is due December 14, 2015. The hearing is scheduled for January 21, 2015. Plaintiff's request for a page limit extension is based on the following:

- Class certification is a make-it or break-it motion in this case and will determine whether hundreds of thousands of consumers will be able to have their claims adjudicated.

- Defendant's 25-page opposition challenges the typicality, commonality and predominance prerequisites of class certification, and also raises arguments about the implied prerequisite of ascertainability and choice of law issues.

- In support of its opposition, Defendant includes 489-pages of exhibits, including technical marketing studies. Additionally, one of the three declarations Defendant includes is from its Brand Director who also addresses sales and marketing matters.

Based on Plaintiff's counsel's experience from briefing dozens of class certification motions, Plaintiff's counsel feels that a 15-page reply in this case does not provide sufficient space within which to adequately address the numerous arguments Premier raises in its

opposition. While many of these are "straw-man" arguments and the declarations can be refuted, more than fifteen pages are reasonably required to do so.

This is the first time in this case that Plaintiff has requested permission to exceed the page limitation set forth in the Local Rules. Plaintiff will make every effort to be concise in its arguments and factual submissions. Plaintiff sought Premier's consent for this extension, but Premier opposes this extension.

For the reasons stated above, Plaintiff respectfully requests that she be granted permission to file a reply memorandum in support of her motion for class certification not to exceed 19 pages.

Dated: December 11, 2015

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:        *s/ Timothy G. Blood*
           TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, California  92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

*Proposed Class Counsel*

GRANT & EISENHOFER P.A.
ADAM J. LEVITT (*pro hac vice*)
EDMUND S. ARONOWITZ*
30 North LaSalle Street, Suite 1200
Chicago, Illinois  60602
Telephone: (312) 214-0000
Facsimile: (312) 214-0001
alevitt@gelaw.com
earonowitz@gelaw.com

SIPRUT PC
JOSEPH J. SIPRUT (*pro hac vice*)
17 N. State Street, Suite 1600
Chicago, Illinois  60602
Telephone:  (312) 236-0000
Facsimile:  (312) 948-9212
jsiprut@siprut.com
tzanders@siprut.com

1
2  CARPENTER LAW GROUP
   TODD D. CARPENTER (234464)
3  402 West Broadway, 29th Floor
   San Diego, California  92101
4  Telephone: (619) 347-3517
   Facsimile: (619) 756-6991
5  todd@carpenterlawyers.com

6  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 11, 2015.

s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com