**VENABLE LLP**
Angel A. Garganta (SBN 163957)
  aagarganta@venable.com
Jessica L. Grant (SBN 178138)
  jgrant@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3735
Facsimile:   (415) 653-3755

Guido E. Toscano (SBN 266304)
  getoscano@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
  trent.norris@aporter.com
Anton A. Ware (SBN 257848)
  anton.ware@aporter.com
Jonathan L. Koenig (SBN 281737)
  jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>PREMIER NUTRITION CORP., f/k/a JOINT JUICE, INC.,<br><br>            Defendant. | Case No. 3:13-cv-01271-RS<br><br>**DEFENDANT PREMIER NUTRITION CORP.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PAGE LIMIT EXTENSION**<br><br>Date:    January 21, 2016<br>Time    1:30 p.m.<br>Place   Courtroom 3 - 17th Floor<br>Judge:  Hon. Richard Seeborg<br><br>Action Filed: March 21, 2013<br>Trial Date:     None Set |

Defendant Premier Nutrition Corp. ("Premier") respectfully opposes Plaintiff's request for an over length reply brief. Premier has worked hard to keep all of its briefs, including its forthcoming reply briefs, within the Court's page limits. Plaintiff has given no reason why she cannot do the same.

Dated: December 13, 2015                    By:   */s/ Angel A. Garganta*
                                                  Angel A. Garganta

                                            VENABLE LLP
                                            Angel A. Garganta
                                            Jessica L. Grant
                                            Daniel S. Blynn
                                            Guido E. Toscano

                                            ARNOLD & PORTER LLP
                                            Trenton H. Norris
                                            Anton A. Ware
                                            Jonathan L. Koenig

                                            Attorneys for Defendant
                                            PREMIER NUTRITION CORP.

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

**PROOF OF SERVICE**

1

2  I hereby certify that on December 13, 2015, I electronically filed the foregoing with the

3  Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the

5  foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the Electronic Mail Notice List.

7  I declare under penalty of perjury that the foregoing is true and correct.

8

9  　　　　　　　　　　　　　　　　　　　*/s/ Angel A. Garganta*
　　　　　　　　　　　　　　　　　　　Angel A. Garganta