**VENABLE LLP**
Angel A. Garganta (SBN 163957)
  aagarganta@venable.com
Jessica L. Grant (SBN 178138)
  jgrant@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:     (415) 653-3750
Facsimile:     (415) 653-3755

Guido E. Toscano (SBN 266304)
  getoscano@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:     (310) 229-9900

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
  trent.norris@aporter.com
Anton A. Ware (SBN 257848)
  anton.ware@aporter.com
Jonathan L. Koenig (SBN 281737)
  jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:     (415) 471-3100

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PREMIER NUTRITION CORP., f/k/a JOINT JUICE, INC.,<br><br>  Defendant. | Case No. 3:13-cv-01271-RS<br><br>**DECLARATION OF ANGEL GARGANTA IN SUPPORT OF REPLY IN SUPPORT OF PREMIER NUTRITION CORP.'S MOTION TO EXCLUDE DR. GRABOFF**<br><br>Date:     January 21, 2016<br>Time     1:30 p.m.<br>Place     Courtroom 3 - 17th Floor<br>Judge:   Hon. Richard Seeborg<br><br>Action Filed:  March 21, 2013<br>Trial Date:    None Set |

1  I, Angel A. Garganta, declare as follows:

2  1. I am an attorney at law duly admitted to practice in the State of California and before this Court. I am a Partner at Venable LLP, counsel of record for Defendant Premier Nutrition Corp. ("Premier") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. Attached hereto as **Exhibit A** are true and correct copies of excerpts from the transcript of the July 28, 2015 deposition in this action of Steven Graboff, M.D.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed in San Francisco, California on December 14, 2015.

By:  */s/ Angel A. Garganta*
     Angel A. Garganta

**PROOF OF SERVICE**

I hereby certify that on December 14, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Angel A. Garganta*
Angel A. Garganta