**VENABLE LLP**
Angel A. Garganta (SBN 163957)
  aagarganta@venable.com
Jessica L. Grant (SBN 178138)
  jgrant@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:     (415) 653-3735
Facsimile:      (415) 653-3755

Daniel S. Blynn (*admitted pro hac vice*)
  dsblynn@venable.com
575 7th Street, NW
Washington, DC  20004
Telephone:     (202)344-4619
Facsimile:      (202)344-8300

Guido E. Toscano (SBN 266304)
  getoscano@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:     (310) 229-9900
Facsimile:      (310) 229-9901

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
  trent.norris@aporter.com
Anton A. Ware (SBN 257848)
  anton.ware@aporter.com
Jonathan L. Koenig (SBN 281737)
  jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:     (415) 471-3100
Facsimile:      (415) 471-3400

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORP., f/k/a JOINT JUICE, INC.,<br>Defendant. | Case No. 3:13-cv-01271-RS<br><br>**REPLY DECLARATION OF ANTON A. WARE IN SUPPORT OF PREMIER NUTRITION CORP.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     January 7, 2016<br>Time     1:30 p.m.<br>Place     Courtroom 3 - 17th Floor<br>Judge:   Hon. Richard Seeborg |

I, Anton A. Ware, declare as follows:

1.      I am an attorney at law duly admitted to practice in the State of California and before this Court.  I am a Partner at Arnold & Porter LLP, counsel of record for Defendant Premier Nutrition Corp. ("Premier") in the above-entitled action. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2.      Attached as **Exhibit A** are true and correct copies of excerpts from the transcript of the July 10, 2015 deposition in this action of Lynn R. Willis, Ph.D.

3.      Attached hereto as **Exhibit B** are true and correct copies of excerpts from the transcript of the July 2, 2015 deposition in this action of Jeremiah E. Silbert, M.D.

4.      Attached hereto as **Exhibit C** are true and correct copies of excerpts from the transcript of the June 10, 2015 deposition in this action of Mark Keegan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 14th day of December 2015 in San Francisco, California.

*/s/ Anton A. Ware*
ANTON A. WARE

35494831v1

REPLY DECL. OF WARE ISO PREMIER NUTRITION CORP.'S MOT. FOR SUMMARY JUDGMENT
3:13-CV-01271-RS