**VENABLE LLP**
Angel A. Garganta (SBN 163957)
  aagarganta@venable.com
Jessica L. Grant (SBN 178138)
  jgrant@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:   (415) 653-3755

Guido E. Toscano (SBN 266304)
  getoscano@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
  trent.norris@aporter.com
Anton A. Ware (SBN 257848)
  anton.ware@aporter.com
Jonathan L. Koenig (SBN 281737)
  jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:   (415) 471-3100

Attorneys for Defendant
PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>PREMIER NUTRITION CORP., f/k/a JOINT JUICE, INC.,<br><br>         Defendant. | Case No. 3:13-cv-01271-RS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (RE ECF NO. 109)**<br><br>Date:    January 21, 2016<br>Time    1:30 p.m.<br>Place   Courtroom 3 - 17th Floor<br>Judge:  Hon. Richard Seeborg<br><br>Action Filed:  March 21, 2013<br>Trial Date:    None Set |

1    GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that
2  Plaintiff's Administrative Motion to File Under Seal (ECF No. 109) is GRANTED and that the
3  following information is to be filed under seal:
4    (i) The confidential exhibit introduced in Plaintiff's Reply ISO Motion for Class
5        Certification, as identified in the Declaration of Lance Palumbo In Support Of
6        Plaintiff's Administrative Motion to Seal (also listed below);
7    (ii) Portions of Plaintiff's brief that quote or refer to confidential information contained
8        in those exhibits, as identified in the publicly filed, redacted version of Plaintiff's
9        Reply ISO Motion for Class Certification.

| Exhibits Introduced In Support of Plaintiff's Reply ISO Motion for Class Certification | |
|---|---|
| Exhibit 2 | JJ GH Report Jan 2012 Data v2.xlsx |

**IT IS SO ORDERED.**

Date: _____          _____
                                       HONORABLE RICHARD SEEBORG
                                       United States District Court Judge