BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com
toreardon@bholaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC., <br><br> Defendant. | Case No.: C-13-01271 RS <br><br> **DECLARATION OF THOMAS J. O'REARDON II IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF HAL PORET** <br><br> <u>CLASS ACTION</u> <br><br> DATE: January 21, 2016 <br> TIME: 1:30 p.m. <br> JUDGE: Hon. Richard Seeborg <br> CTRM: Courtroom 3, 17th Floor <br><br> Complaint Filed: March 21, 2013 |

I, THOMAS J. O'REARDON II, declare:

1. I am an attorney licensed to practice before all courts of the State of California and admitted to practice before this Court. I am a partner at the law firm of Blood Hurst & O'Reardon, LLP ("BHO"), one of the counsel for Plaintiff and proposed Class Counsel. I have personal knowledge of the matters stated and, if called upon, could and would competently testify to them.

2. Attached are true and correct copies of the following exhibits:

**Exhibit 1:** Relevant excerpts from the transcript of the June 11, 2015, deposition of Hal Poret; and

**Exhibit 2:** Mr. Poret's coding of the open-ended question responses. This coding data was provided by defense counsel in its native Excel format. Exhibit 2 is a printout containing the open-ended question coding data from "tab 1 of 2" of the Excel document. The tab 1 data relates to the Joint Juice user survey group. The tab 2 data, which is not being provided, relates to the glucosamine user survey group. Plaintiff can provide both tabs or a copy of the native Excel file to the Court if it so desires.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 4, 2016, at San Diego, California.

*By:   s/ Thomas J. O'Reardon II*
THOMAS J. O'REARDON II

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 4, 2016.

*s/ Thomas J. O'Reardon II*
THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
toreardon@bholaw.com