# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 27, 2016 | **Time:** 3 hours 30 min. | **Judge:** RICHARD SEEBORG |
|---|---|---|
| **Case No.**: 13-cv-01271-RS | **Case Name:** Mullins v. Premier Nutrition Corporation | |

**Attorney for Plaintiff:** Timothy Blood, Thomas O'Reardon
**Attorney for Defendant:** Angel Garganta, Anton Ware, Jonathan L. Koenig

**Deputy Clerk:** Corinne Lew             **Court Reporter:** Pamela Batalo

## PROCEEDINGS

Motions Hearing Held.

## SUMMARY

Parties to meet and confer re: sealing issues.

**MOTION/MATTER**: ( ) Granted
                  ( ) Denied
                  ( ) Granted in part/Denied in part
                  **(X) Taken under submission**
                  ( ) Withdrawn/Off Calendar
                  ( ) Continued to:


**Order to be prepared by:**     ( ) Plaintiff     ( ) Defendant     **(X) Court**