UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT D. MULLINS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>  Defendant. | Case No. 13-cv-01271-RS<br><br>**AMENDED ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DKT. NOS. 88-72, 88-73, AND 88-74 UNDER SEAL** |

Along with their motions for class certification and summary judgment, plaintiff Kathie Sonner and defendant Premier Nutrition Corp. filed numerous documents, which were marked "confidential." Premier filed administrative motions to file some of those documents under seal. At the hearing on the motions, the court noted that Premier's requests to file documents under seal were too broad and ordered the parties to meet and confer to identify which documents should be filed under seal.

Since then, the parties have agreed that three documents should remain under seal: (1) a letter from Caitlin R. Layton of Walgreen Co. in response to plaintiff's subpoena, Exhibit 60 to the Declaration of Timothy G. Blood in Support of Plaintiff's Motion for Class Certification (Dkt. No. 88-72); (2) Letters and data from Cynthia Luken of Kroger in response to plaintiff's subpoena, Exhibit 70 to the Declaration of Timothy G. Blood in Support of Plaintiff's Motion for Class Certification (Dkt. No. 88-73); and (3) Excerpts of Joint Juice customer-specific information from Target, Albertsons, and Supervalu, Exhibit 71 to the Declaration of Timothy G. Blood in Support

of Plaintiff's Motion for Class Certification.  These documents are appropriately filed under seal because they include propriety information of non-parties and sensitive consumer information.  Accordingly, Premier's administrative motion to file these documents under seal is granted.  Premier has withdrawn its administrative motions to file all other documents under seal (Dkt. Nos. 84, 97, 104, and 114).  Accordingly, plaintiff's administrative motion to file certain exhibits and portions of her briefs under seal (Dkt. Nos. 101, 109) are denied.

**IT IS SO ORDERED**.

Dated:  February 11, 2016

_____
RICHARD SEEBORG
United States District Judge