**VENABLE LLP**
Angel A. Garganta (SBN 163957)
  aagarganta@venable.com
Jessica L. Grant (SBN 178138)
  jgrant@venable.com
Robert L. Meyerhoff (SBN 298196)
  rlmeyerhoff@venable.com
Brian A. Featherstun (SBN 292625)
  bafeatherstun@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 653-3735
Facsimile:    (415) 653-3755

**ARNOLD & PORTER LLP**
Trenton H. Norris (SBN 164781)
  trent.norris@aporter.com
Anton A. Ware (SBN 257848)
  anton.ware@aporter.com
Jonathan L. Koenig (SBN 281737)
  jonathan.koenig@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

 Attorneys for Defendant
 PREMIER NUTRITION CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>         v.<br><br>PREMIER NUTRITION CORP., f/k/a JOINT JUICE, INC.,<br> Defendant.<br>                        Defendants. | Case No. 3:13-cv-01271-RS<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO SEND OUT CLASS NOTICE**<br><br>Local Rule 6-1(b)<br><br>Courtroom: 3, 17th Floor<br><br>Judge: Hon. Richard Seeborg<br><br>Complaint Filed: 3/21/13 |

Pursuant to Local Rule 6-1(b), it is stipulated between and among Plaintiff Vincent D. Mullins ("Plaintiff") and Defendant Premier Nutrition Corp. ("Defendant") (collectively, "the Parties"), by their respective counsel, as follows:

1. On September 1, 2016, this Court ordered the Parties to complete class notice by January 2, 2017. *See* ECF 143;

2. Since that time, the Parties have repeatedly met and conferred regarding the proper class notice plan;

3. During those meet and confers, the Parties, with guidance from the class action notice administrator, determined that proceeding with class notice during the holiday season could result in a materially decreased rate of the notice being seen by potential class members; and

4. To ensure the class notice successfully reaches the greatest number of potential class members, and to give the Parties sufficient time to meet and confer on the details of the proper class notice plan so Plaintiff can present the Court with a proposed class notice plan, the Parties agree to extend the time to send out the agreed upon class notice until after the holiday season has concluded.

Accordingly, subject to the Court's approval, the Parties agree that the deadline to send out class notice is extended to January 31, 2017.

There have been no previous requests to extend this deadline, and the proposed modification has no impact on any other deadlines in this case.



APPROVED
Judge Richard Seeborg
Date: 12/21/16

1
JOINT STIPULATION EXTENDING DEADLINE TO SEND OUT CLASS NOTICE