UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULLINS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>        Defendant. | Case No. 13-cv-01271-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |
| CAIAZZO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>        Defendant. | Case No. 16-cv-06685-RS |
| LUX, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>        Defendant. | Case No. 16-cv-06703-RS |
| RAVINSKY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PREMIER NUTRITION CORPORATION, | Case No. 16-cv-06704-RS |

|  |  |
|---|---|
| Defendant. | |
| SANDOVAL, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>            Defendant. | Case No.  16-cv-06708-RS |
| DENT, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>            Defendant. | Case No.  16-cv-6721-RS |
| FISHON, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>            Defendant. | Case No.  16-cv-6980-RS |
| SIMMONS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>PREMIER NUTRITION CORPORATION,<br><br>            Defendant. | Case No.  16-cv-07078-RS |

| | |
|---|---|
| SPENCER, et al.,<br>       Plaintiffs,<br>    v.<br>PREMIER NUTRITION CORPORATION,<br>       Defendant. | Case No. 16-cv-07090-RS |
| TAYLOR, et al.,<br>       Plaintiffs,<br>    v.<br>PREMIER NUTRITION CORPORATION,<br>       Defendant. | Case No. 16-cv-07097-RS |
| SCHUPP, et al.,<br>       Plaintiffs,<br>    v.<br>PREMIER NUTRITION CORPORATION,<br>       Defendant. | Case No. 17-cv-00054-RS |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 9, 2017. Defendant made an oral motion to stay the related cases until after the trial in *Mullins v. Premier*, No. 13-1271. Counsel for Plaintiffs objected to the motion, but the motion was granted. The related cases—Nos. 16-06685, 16-06703, 16-06704, 16-06708, 16-06721, 16-07078, 16-07090, 16-06980, 16-07097, 17-00054—are hereby stayed until further court order.

In *Mullins*, the parties sought clarification on the September 1, 2016 Further Case Management Scheduling Order deadlines related to expert disclosures. Defendant requested staggered disclosure obligations, with Plaintiffs making their expert disclosures on February 22,

2017 and Defendant making its disclosures on April 19, 2017. Defendant's request was denied and the parties were ordered to disclose their expert witnesses simultaneously. In light of the order requiring simultaneous expert disclosures, Defendant requested a brief continuance of the disclosure deadline. That request was granted. The disclosure and discovery of expert witnesses shall proceed as follows:

   a. On or before March 22, 2017, parties will simultaneously designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

   b. On or before May 19, 2017, parties will simultaneously designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

   c. On or before July 28, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

**IT IS SO ORDERED**.

Dated: February 10, 2017

_____
RICHARD SEEBORG
United States District Judge