BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

Attorneys for Plaintiff and the Class

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:13-cv-01271-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR SUPPLEMENTAL CLASS NOTICE**<br><br><u>CLASS ACTION</u><br><br>Judge: Honorable Richard Seeborg<br>Courtroom: Courtroom 3, 17th Floor<br><br>Complaint Filed: March 21, 2013<br>Trial Date: TBD |

Case No. C-13-01271 RS
JOINT STIPULATION REGARDING BRIEFING SCHEDULE

00125676

Pursuant to Local Rule 6-2, it is stipulated between and among Plaintiff Kathleen Sonner ("Plaintiff") and Defendant Premier Nutrition Corp. ("Defendant") (together, "the Parties"), by their respective counsel, as follows:

WHEREAS, on July 20, 2017, Plaintiff moved for leave to file a Second Amended Complaint, amending her Consumers Legal Remedies Act ("CLRA") claim. ECF No. 174;

WHEREAS, On August 24, 2017, the Court granted Plaintiff's motion for leave (ECF No. 200) and ordered the Parties meet and confer on a briefing schedule concerning Defendant's anticipated motion regarding supplemental Class notice and motion to dismiss;

WHEREAS, on August 24, 2017, Plaintiff filed her SAC. ECF No. 201;

WHEREAS, on August 25, 2017, the Parties met and conferred and agreed to the following briefing schedule for Defendant's motion regarding supplemental Class notice: Defendant's opening brief is due on or before September 8, 2017, Plaintiff's opposition brief is due on or before September 22, 2017, and Defendant's reply brief is due on or before September 29, 2017;

WHEREAS, the Parties also agree that within two (2) days of the Court's ruling on Defendant's motion regarding supplemental Class notice, the Parties will meet and confer concerning a briefing schedule on Defendant's anticipated motion to dismiss the SAC;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1) Defendant's opening brief regarding supplemental Class notice is due on or before September 8, 2017;

2) Plaintiff's opposition to Defendant's brief regarding supplemental Class notice is due on or before September 22, 2017;

3) Defendant's reply brief regarding supplemental Class notice is due on or before September 29, 2017; and

4) Within two (2) days of the Court's ruling on Defendant's motion regarding supplemental Class notice, the Parties are to meet and confer on a briefing schedule for Defendant's anticipated motion to dismiss the SAC.

**IT IS SO STIPULATED.**

Dated: August 28, 2017

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)

By: */s/ Timothy G. Blood*
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, California 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

THE VEEN FIRM
CRAIG M. PETERS (1840180
711 Van Ness Avenue, Suite 220
San Francisco, CA 94120
Tel: 415/673-4800
415/771-5845 (fax)
c.peters@veenfirm.com

CARLSON LYNCH SWEET KILPELA
 & CARPENTER, LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel: 619/762-1910
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

DICELLO LEVITT & CASEY LLC
ADAM J. LEVITT (*pro hac vice*)
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602
Tel: 312/214-7900
alevitt@dlcfirm.com

SIPRUT PC
JOSEPH J. SIPRUT (*pro hac vice*)
17 N. State Street, Suite 1600
Chicago, Illinois 60602
Tel: 312/236-0000

BLOOD HURST & O'REARDON, LLP

312/948-9212 (fax)  
jsiprut@siprut.com

*Additional Attorneys for Plaintiff*

Dated: August 28, 2017

VENABLE LLP  
ANGEL A. GARGANTA (163957)  
JESSICA L. GRANT (178138)

By: */s/ Angel A. Garganta*  
ANGEL A. GARGANTA

505 Montgomery Street, Suite 1400  
San Francisco, CA 94111  
Telephone: (415) 653-3735  
Facsimile: (415) 653-3755  
aagarganta@venable.com  
jgrant@venable.com

VENABLE LLP  
GUIDO E. TOSCANO (266304)  
2049 Century Park East, Suite 2100  
Los Angeles, CA 90067  
Telephone: (310) 229-9900  
Facsimile: (310) 229-9901  
getoscano@venable.com

ARNOLD PORTER, LLP  
TRENTON H. NORRIS (164781  
ANTON A. WARE (257848)  
Three Embarcadero Center, 10th Floor  
San Francisco, CA 94111-4024  
Telephone: (415) 471-3100  
Facsimile: (415) 471-3400  
trent.norris@aporter.com  
anton.ware@aporter.com

*Attorneys for Defendant*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: August 28, 2017   BLOOD HURST & O'REARDON, LLP

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

# [~~PROPOSED~~] ORDER

Having reviewed the above Stipulation and Proposed Order Regarding Briefing Schedule on Motion for Supplemental Class Notice, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

IT IS SO ORDERED.

DATED: 8/28/17

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

BLOOD HURST & O'REARDON, LLP

00125676

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2017.

/s/ *Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com