BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

Attorneys for Plaintiff and the Class

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. C-13-01271 RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING FINAL PRETRIAL CONFERENCE**<br><br>CLASS ACTION<br><br>Judge:         Honorable Richard Seeborg<br>Courtroom:  Courtroom 3, 17th Floor<br><br>Complaint Filed:   March 21, 2013<br>Trial Date:            May 10, 2018 |

Pursuant to the Court's order dated March 1, 2018, it is stipulated between and among Plaintiff Kathleen Sonner ("Plaintiff") and Defendant Premier Nutrition Corp. ("Defendant") (together, "the Parties"), by their respective counsel, as follows:

WHEREAS, on March 1, 2018, the Court set a May 10, 2018 date for trial to begin, and ordered the Parties to submit a proposed date for the Final Pretrial Conference (Dkt. No. 238); and

WHEREAS, the Parties have met and conferred and propose that the Final Pretrial Conference be held on April 20, 2018, at 10:00 a.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that the Final Pretrial Conference will be held on April 20, 2018, at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: March 6, 2018

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)

By:  *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, California 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

AMICUS TRIAL LAW, P.C.
CRAIG M. PETERS (1840180)
369 Pine St., Suite 600
San Francisco, CA 94104
Tel: 415/988-9828
cpeters@advocatetrialgroup.com

CARLSON LYNCH SWEET KILPELA
  & CARPENTER, LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel: 619/762-1910
619/756-6991 (fax)

| | |
|---|---|
| 1 | tcarpenter@carlsonlynch.com |
| 2 | DICELLO LEVITT & CASEY LLC<br>ADAM J. LEVITT (*pro hac vice*) |
| 3 | Ten North Dearborn Street, Eleventh Floor<br>Chicago, IL 60602 |
| 4 | Tel: 312/214-7900<br>alevitt@dlcfirm.com |
| 5 | SIPRUT PC |
| 6 | JOSEPH J. SIPRUT (*pro hac vice*)<br>17 N. State Street, Suite 1600 |
| 7 | Chicago, Illinois 60602<br>Tel: 312/236-0000 |
| 8 | 312/948-9212 (fax)<br>jsiprut@siprut.com |
| 9 | *Additional Attorneys for Plaintiff* |

Dated: March 6, 2018

VENABLE LLP
ANGEL A. GARGANTA (163957)
JESSICA L. GRANT (178138)
BRIAN A. FEATHERSTUN (292625)

By:     *s/ Jessica L. Grant*
           JESSICA L. GRANT

101 California Street, Suite 3800
San Francisco, CA 94111
Tel: 415/653-3750
415/653-3755 (fax)
aagarganta@venable.com
jgrant@venable.com
bafeatherstun@venable.com

VENABLE LLP
JOHN CARLOS VAZQUES (*pro hac vice*)
1270 Avenue of the Americas
New York, NY 10020
Tel: 212/370-6293
jcvazquez@venable.com

*Attorneys for Defendant*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: March 6, 2018         BLOOD HURST & O'REARDON, LLP

By:     *s/ Timothy G. Blood*
           TIMOTHY G. BLOOD

## [~~PROPOSED~~] ORDER

Having reviewed the above Joint Stipulation and Proposed Order Setting Final Pretrial Conference, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order. The Final Pretrial Conference shall be held on April 20, 2018, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 3/6/18

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE