BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant.<br><br>[THIS DOCUMENT APPLIES TO ALL RELATED ACTIONS] | Lead Case No. 3:13-cv-01271-RS<br><br>Related to:<br>3:16-cv-06685-RS (Caiazzo-FL)<br>3:16-cv-06703-RS (Lux-CT)<br>3:16-cv-06704-RS (Ravinsky-PA)<br>3:16-cv-06708-RS (Sandoval-NM)<br>3:16-cv-06721-RS (Dent-IL)<br>3:16-cv-07078-RS (Simmons-MI)<br>3:16-cv-07090-RS (Spencer-MD)<br>3:16-cv-06980-RS (Fishon-NY)<br>3:16-cv-07097-RS (Taylor-NJ)<br>3:17-cv-00054-RS (Schupp-MA)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** AS MODIFIED BY THE COURT<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor<br><br>CMC Date: May 17, 2018<br>CMC Time: 10:00 a.m. |

Pursuant to Local Rules 6-1 and 6-2, Plaintiffs, and Defendant Premier Nutrition Corporation ("Premier"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, the Court set a case management conference in *Mullins* and the related actions to take place on May 17, 2018, at 10:00 a.m. (*Mullins*, ECF No. 248);

WHEREAS, due to a personal matter, lead counsel for Plaintiffs cannot attend the case management conference on May 17, 2018;

WHEREAS, the Parties have met and conferred and given their respective schedules and the Court's unavailability according to the online calendar, the Parties propose a continuance of the case management conferences until June 29, 2018, at 10:00 a.m. This request for a continuance is made in good faith and to accommodate an unforeseen personal matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1) the case management conferences in the above-related actions shall take place on June ~~29~~ 28, 2018, at 10:00 a.m.; and

2) the Parties shall submit a case management statement by June ~~22~~ 21, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 3, 2018

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, California 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

*Class Counsel*

ADVOCATE TRIAL GROUP
CRAIG M. PETERS (1840180)

| | |
|---|---|
| | 369 Pine Street, Suite 600<br>San Francisco, CA 94104<br>Tel: 415/988-9892<br>cpeters@advocatetrialgroup.com |
| | CARLSON LYNCH SWEET KILPELA<br>  & CARPENTER, LLP<br>TODD D. CARPENTER (234464)<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101<br>Tel: 619/762-1910<br>619/756-6991 (fax)<br>tcarpenter@carlsonlynch.com |
| | DICELLO LEVITT & CASEY LLC<br>ADAM J. LEVITT (*pro hac vice*)<br>Ten North Dearborn Street, Eleventh Floor<br>Chicago, IL 60602<br>Tel: 312/214-7900<br>alevitt@dlcfirm.com |
| | SIPRUT PC<br>JOSEPH J. SIPRUT (*pro hac vice*)<br>17 N. State Street, Suite 1600<br>Chicago, Illinois 60602<br>Tel: 312/236-0000<br>312/948-9212 (fax)<br>jsiprut@siprut.com |
| | *Additional Attorneys for Plaintiffs* |
| Dated: May 3, 2018 | VENABLE LLP<br>ANGEL A. GARGANTA (163957)<br>JESSICA L. GRANT (178138)<br>BRIAN A. FEATHERSTUN (292625)<br><br>By:            s/ *Jessica L. Grant*<br>                    JESSICA L. GRANT<br><br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>Tel: 415/653-3750<br>415/653-3755 (fax)<br>aagarganta@venable.com<br>jgrant@venable.com<br>bafeatherstun@venable.com |
| | VENABLE LLP<br>JOHN CARLOS VAZQUES (*pro hac vice*)<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212/370-6293<br>jcvazquez@venable.com |
| | *Attorneys for Defendant* |

BLOOD HURST & O'REARDON, LLP

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: May 3, 2018          BLOOD HURST & O'REARDON, LLP

By:     *s/ Timothy G. Blood*
           TIMOTHY G. BLOOD

**[~~PROPOSED~~] ORDER**

Having reviewed the above Joint Stipulation and (Proposed) Order Continuing Case Management Conference, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order. The case management conference shall be held on June ~~29~~ 28, 2018, at 10:00 a.m. The Parties shall submit a case management statement by June ~~22~~ 21, 2018.

**IT IS SO ORDERED.**

DATED: 5/4/18

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE