1  **VENABLE LLP**
   Angel A. Garganta (SBN 163957)
2  Email: agarganta@venable.com
   Jessica L. Grant (SBN 178138)
3  Email: jgrant@venable.com
   Brian A. Featherstun (SBN 292625)
4  Email: bafeatherstun@venable.com
   John C. Vazquez (*pro hac vice*)
5  Email: jcvazquez@venable.com
   101 California Street, Suite 3800
6  San Francisco, CA 94111
   Telephone:   415.653.3750
7  Facsimile:    415.653.3755

8  Attorneys for Defendant
   PREMIER NUTRITION CORPORATION

10  **UNITED STATES DISTRICT COURT**

11  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.<br><br>Defendant. | LEAD CASE NO.: 3:13-cv-01271-RS<br><br>Related to:<br>3:16-cv-06685-RS (Caiazzo-FL)<br>3:16-cv-06703-RS (Lux-CT)<br>3:16-cv-06704-RS (Ravinsky-PA)<br>3:16-cv-06708-RS (Sandoval-NM)<br>3:16-cv-06721-RS (Dent-IL)<br>3:16-cv-07078-RS (Simmons-MI)<br>3:16-cv-07090-RS (Spencer-MD)<br>3:16-cv-06980-RS (Fishon-NY)<br>3:16-cv-07097-RS (Taylor-NJ)<br>3:17-cv-00054-RS (Schupp-MA)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg<br><br>Date:         June 28, 2018<br>Time:        10:00 a.m.<br>Courtroom:  3, 17th Floor |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

1  Pursuant to Local Rules 6-1 and 6-2, Plaintiffs, and Defendant Premier Nutrition Corporation ("Premier"), through their respective counsel of record (collectively, "the Parties"), hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, the Court set a case management conference in *Mullins* and the related actions to take place on June 28, 2018, at 10:00 a.m. (*Mullins*, ECF No. 251);

WHEREAS, due to international work-related travel, lead counsel for Defendant cannot attend the case management conference on June 28, 2018;

WHEREAS, the Parties have met and conferred and given their respective schedules and the Court's unavailability according to the online calendar, the Parties propose a continuance of the case management conferences until July 19, 2018, at 10:00 a.m. This request for a continuance is made in good faith and to accommodate the work-related travel of defense counsel.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1) the case management conferences in the above-related actions shall take place on July 19, 2018, at 10:00 a.m.; and

2) the Parties shall submit a case management statement by July 12, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 31, 2018

VENABLE LLP
ANGEL A. GARGANTA (163957)
JESSICA L. GRANT (178138)
BRIAN A. FEATHERSTUN (292625)

By:      */s/ Angel A. Garganta*
             ANGEL A. GARGANTA

101 California Street, Suite 3800
San Francisco, CA 94111
Tel: 415/653-3750
415/653-3755 (fax)
aagarganta@venable.com
jgrant@venable.com
bafeatherstun@venable.com

VENABLE LLP
JOHN CARLOS VAZQUES (*pro hac vice*)
1270 Avenue of the Americas
New York, NY 10020
Tel: 212/370-6293
jcvazquez@venable.com

*Attorneys for Defendant*

1
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

| | |
|---|---|
| Dated: June 7, 2018 | BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br><br>By:      /s/ *Timothy G. Blood*<br>         TIMOTHY G. BLOOD<br><br>501 West Broadway, Suite 1490<br>San Diego, California 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>lhurst@bholaw.com<br>toreardon@bholaw.com<br>pbrown@bholaw.com<br><br>*Class Counsel*<br><br>ADVOCATE TRIAL GROUP<br>CRAIG M. PETERS (1840180)<br>369 Pine Street, Suite 600<br>San Francisco, CA 94104<br>Tel: 415/988-9892<br>cpeters@advocatetrialgroup.com<br><br>CARLSON LYNCH SWEET KILPELA<br>  & CARPENTER, LLP<br>TODD D. CARPENTER (234464)<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101<br>Tel: 619/762-1910<br>619/756-6991 (fax)<br>tcarpenter@carlsonlynch.com<br><br>DICELLO LEVITT & CASEY LLC<br>ADAM J. LEVITT (*pro hac vice*)<br>Ten North Dearborn Street, Eleventh Floor<br>Chicago, IL 60602<br>Tel: 312/214-7900<br>alevitt@dlcfirm.com<br><br>SIPRUT PC<br>JOSEPH J. SIPRUT (*pro hac vice*)<br>17 N. State Street, Suite 1600<br>Chicago, Illinois 60602<br>Tel: 312/236-0000<br>312/948-9212 (fax)<br>jsiprut@siprut.com<br><br>*Additional Attorneys for Plaintiffs* |

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: June 7, 2018                    VENABLE , LLP

                                       By:      /s/ Angel A. Garganta
                                                Angel A. Garganta

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

# [~~PROPOSED~~] ORDER

Having reviewed the above Joint Stipulation and Proposed Order Continuing Case Management Conference, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order. The case management conference shall be held on July 19, 2018, at 10:00 a.m. The Parties shall submit a case management statement by June 12, 2018.

**IT IS SO ORDERED.**

Dated: 6/7/18

Hon. Richard Seeborg
United State District Court Judge