**VENABLE LLP**
Angel A. Garganta (163957)
  agarganta@venable.com
Jessica L. Grant (178138)
  jgrant@venable.com
Amit Rana (291912)
  arana@venable.com
Yuhan Chi (324072)
  achi@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Attorneys for Defendant
PREMIER NUTRITION CORPORATION
f/k/a/ JOINT JUICE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.<br><br>Defendant.<br><br>[THIS DOCUMENTS APPLIES TO ALL RELATED ACTIONS EXCEPT *BLAND*] | LEAD CASE NO.: 3:13-cv-01271-RS<br><br>Related to:<br>3:16-cv-06685-RS (Caiazzo-FL)<br>3:16-cv-06703-RS (Lux-CT)<br>3:16-cv-06704-RS (Ravinsky-PA)<br>3:16-cv-06708-RS (Sandoval-NM)<br>3:16-cv-06721-RS (Dent-IL)<br>3:16-cv-07078-RS (Simmons-MI)<br>3:16-cv-07090-RS (Spencer-MD)<br>3:16-cv-06980-RS (Fishon-NY)<br>3:17-cv-00054-RS (Schupp-MA)<br>3:19-cv-00875-RS (Bland-CA)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DISCOVERY DEADLINES AND MODIFYING CLASS CERTIFICATION BRIEFING AND HEARING SCHEDULE**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Richard Seeborg<br><br>Courtroom: 3, 17th Floor |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

1       Pursuant to Local Rule 6-1 and 6-2, the parties in the above-captioned Related Actions enter into this stipulation and agreement ("Agreement"), subject to the Court's approval, to continue the fact discovery cutoff.

      WHEREAS, on March 13, 2019, the Court entered an Order that set a fact discovery cutoff of July 31, 2019 and a hearing on Plaintiffs' motions for class certification on September 26, 2019 (ECF 269 in Lead Case 13-cv-01271-RS);

      WHEREAS, the parties have been diligently pursuing discovery. Subsequent to the March 13, 2019 Order, Premier has produced hundreds of thousands of pages of documents in response to Plaintiffs' Requests for Production. This is in addition to the documents produced in the Lead Case that the parties have stipulated would be deemed produced in the Related Actions;

      WHEREAS, the parties have conducted several meet and confer conferences about written discovery responses and discovery disputes remain which may require judicial intervention;

      WHEREAS, Plaintiffs have served a deposition notice on Premier pursuant to Fed. R. Civ. P. 30(b)(6) and Plaintiffs have indicated their intention to serve additional deposition notices on other fact witnesses. Premier has also indicated its intention to take the depositions of all nine named Plaintiffs. The parties are meeting and conferring regarding depositions scheduling, and anticipate that depositions will take place throughout August and September;

      WHEREAS, Premier intends to file a Motion for Judgment on the Pleadings ("MJOP") in all the Related Actions on July 18, 2019, to be heard on August 22, 2019;

      WHEREAS, Plaintiff in the related action entitled *Bland v. Premier Nutrition Corp.*, No. 3:19-cv-00875 (N.D. Cal.) has served discovery requests on Premier and subpoenas for documents and testimony on Costco, Walmart, and Sam's Club, and intends to file a motion to remand pursuant to CAFA's home-state controversy exception on July 25, 2019, to be heard on August 29, 2019;

      WHEREAS, the parties agree to modify the hearing and briefing schedule for Plaintiffs' class certification motions as follows: The deadline for Plaintiffs to file their motions for class certification shall be August 29, 2019; the deadline for Defendant to file its response shall be

1

JOINT STIPUATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES AND MODIFYING CLASS CERTIFICATION BRIEFING AND HEARING SCHEDULE

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

October 10, 2019; the deadline for Plaintiffs to file their reply in support of their motions shall be October 24, 2019; and the hearing on Plaintiffs' class certification motions shall be November 7, 2019 or as soon thereafter as the Court may be available;

WHEREAS, the parties believe there is good cause for the requested extension because they believe it will conserve party and judicial resources, allow the parties to focus on the forthcoming substantive motions, and because without an extension the parties will be prejudiced in their ability to obtain needed factual evidence before the currently set fact discovery cutoff and class certification briefing schedule.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The fact discovery cutoff is continued to ninety (90) days from the date on which the Court issues an order on Premier's forthcoming MJOP.

2. The deadline for Plaintiffs to file their motions for class certification shall be August 29, 2019; the deadline for Defendant to file its response shall be October 10, 2019; the deadline for Plaintiffs to file their reply in support of their motions shall be October 24, 2019; and the hearing on Plaintiffs' class certification motions shall be November 7, 2019 at 1:30 p.m. or as soon thereafter as the Court may be available.

NOW, THEREFORE, this Agreement is entered into by and among the Parties, by and through their respective counsel and representatives.

Dated: July 16, 2019

VENABLE LLP

By:     */s/ Angel A. Garganta*
        ANGEL A. GARGANTA

101 California Street, Suite 3800
San Francisco, CA 94111
Tel: 415/653-3750
415/653-3755 (fax)

*Attorneys for Defendant*

| | |
|---|---|
| Dated: July 16, 2019 | BLOOD HURST & O'REARDON, LLP<br><br>By: */s/ Timothy G. Blood*<br>TIMOTHY G. BLOOD<br><br>501 West Broadway, Suite 1490<br>San Diego, California 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br><br>*Attorneys for Plaintiff* |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: July 16, 2019

VENABLE , LLP

By: /s/ Angel A. Garganta
Angel A. Garganta

**[~~PROPOSED~~] ORDER**

Pursuant to the above Joint Stipulation and Proposed Order Continuing Discovery Deadlines and Modifying Class Certification Briefing and Hearing Schedule, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

1. The fact discovery cutoff is continued to ninety (90) days from the date on which the Court issues an order on Defendant's forthcoming Motion for Judgment on the Pleadings;
2. The deadline for Plaintiffs to file their motions for class certification shall be August 29, 2019; the deadline for Defendant to file its response shall be October 10, 2019; the deadline for Plaintiffs to file their reply in support of their motions shall be October 24, 2019; and the hearing on Plaintiffs' class certification motions shall be ___November 7___, 2019 at _1:30_ pm

**IT IS SO ORDERED.**

Dated: _7/18/19_

Hon. Richard Seeborg
United State District Court Judge