**VENABLE LLP**
Angel A. Garganta (163957)
  agarganta@venable.com
Jessica L. Grant (178138)
  jgrant@venable.com
Amit Rana (291912)
  arana@venable.com
Yuhan Chi (324072)
  achi@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

Attorneys for Defendant
PREMIER NUTRITION CORPORATION
f/k/a/ JOINT JUICE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.<br><br>Defendant.<br><br>[**THIS DOCUMENTS APPLIES TO ALL RELATED ACTIONS EXCEPT** *BLAND*] | LEAD CASE NO.: 3:13-cv-01271-RS<br><br>Related to:<br>3:16-cv-06685-RS (Caiazzo-FL)<br>3:16-cv-06703-RS (Lux-CT)<br>3:16-cv-06704-RS (Ravinsky-PA)<br>3:16-cv-06708-RS (Sandoval-NM)<br>3:16-cv-06721-RS (Dent-IL)<br>3:16-cv-07078-RS (Simmons-MI)<br>3:16-cv-07090-RS (Spencer-MD)<br>3:16-cv-06980-RS (Fishon-NY)<br>3:17-cv-00054-RS (Schupp-MA)<br><br>**JOINT STIPULATION AND ORDER MODIFYING DEADLINE TO SUBMIT DECLARATION PURSUANT TO LOCAL RULE 79-5**<br><br>CLASS ACTION<br><br>Judge: Hon. Richard Seeborg<br><br>Courtroom: 3, 17th Floor |

Pursuant to Local Rule 6-1(b) and 6-2, the parties in the above-captioned Related Actions enter into this stipulation and agreement ("Agreement"), subject to the Court's approval, to modify the deadline for a designating party to submit a declaration in support of Plaintiff's Administrative Motion to File Under Seal Certain Portions of and Certain Exhibits to Plaintiffs' Omnibus Motion for Class Certification, ("Administrative Motion to File Under Seal"), pursuant to Civil Local Rule 79-5.

**WHEREAS**, on August 29, 2019, Plaintiffs filed their Administrative Motion to File Under Seal in all the above captioned related cases;

**WHEREAS**, Plaintiffs' Administrative Motion to File Under Seal identifies and requests to file conditionally under seal 14 portions of Plaintiffs' Omnibus Motion for Class Certification and 53 Exhibits thereto;

**WHEREAS**, pursuant to Civil Local Rule 79-5, a party that has designated the material as confidential ("the Designating Party") must submit a declaration establishing portions of the designated material that is sealable within four (4) days of Administrative Motion to File Under Seal;

**WHEREAS**, the Parties have met and conferred and agree to extend the time for the Designating Party to submit a declaration in support of the Administrative Motion to File Under Seal 10 additional days. The Parties agree to extend this time in order to allow sufficient time to review the 14 portions of Plaintiffs' Omnibus Motion for Class Certification and 53 Exhibits thereto identified in the Administrative Motion to File Under Seal;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that:

1. Within 14 days of the filing of the Administrative Motion to File Under Seal, the Designating Party shall file a declaration as required by Civil Local Rule 79-5(d)(1)(A) establishing that the designated material is sealable.

**NOW, THEREFORE**, this Agreement is entered into by and among the Parties, by and through their respective counsel and representatives.

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

| | | |
|---|---|---|
| Dated: August 30, 2019 | | VENABLE LLP |
| | By: | /s/ Angel A. Garganta |
| | | ANGEL A. GARGANTA |

101 California Street, Suite 3800
San Francisco, CA 94111
Tel: 415/653-3750
415/653-3755 (fax)

*Attorneys for Defendant*

| | | |
|---|---|---|
| Dated: August 30, 2019 | | BLOOD HURST & O'REARDON, LLP |
| | By: | /s/ Timothy G. Blood |
| | | TIMOTHY G. BLOOD |

501 West Broadway, Suite 1490
San Diego, California 92101
Tel: 619/338-1100
619/338-1101 (fax)

*Attorneys for Plaintiff*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: August 30, 2019          VENABLE , LLP

By:      /s/ Angel A. Garganta
         Angel A. Garganta

**ORDER**

Pursuant to the above Joint Stipulation, and for good cause appearing, **IT IS HEREBY ORDERED**:

1. Within 14 days of the filing of the Administrative Motion to File Under Seal, the Designating Party shall file a declaration as required by Civil Local Rule 79-5(d)(1)(A) establishing that the designated material is sealable.

**IT IS SO ORDERED.**

Dated: August 30, 2019

_____
Hon. Richard Seeborg
United State District Court Judge

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

| | |
|---|---|
| 1 | VENABLE LLP |
| 2 | Angel A. Garganta (163957)<br>agarganta@venable.com |
| 3 | Jessica L. Grant (178138)<br>jgrant@venable.com |
| 4 | Amit Rana (291912)<br>arana@venable.com |
| 5 | Yuhan Chi (324072)<br>achi@venable.com |
| 6 | 101 California Street, Suite 3800<br>San Francisco, CA 94111 |
| 7 | Telephone: 415.653.3750<br>Facsimile: 415.653.3755 |
| 8 | Attorneys for Defendant |
| 9 | PREMIER NUTRITION CORPORATION<br>f/k/a JOINT JUICE, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant.<br><br>**[THIS DOCUMENT APPLIES TO ALL RELATED ACTIONS EXCEPT *BLAND*]** | Case No. 3:13-cv-01271-RS<br><br>Related to:<br>3:16-cv-06685-RS (Caiazzo-FL)<br>3:16-cv-06703-RS (Lux-CT)<br>3:16-cv-06704-RS (Ravinsky-PA)<br>3:16-cv-06708-RS (Sandoval-NM)<br>3:16-cv-06721-RS (Dent-IL)<br>3:16-cv-07078-RS (Simmons-MI)<br>3:16-cv-07090-RS (Spencer-MD)<br>3:16-cv-06980-RS (Fishon-NY)<br>3:17-cv-00054-RS (Schupp-MA)<br><br>**DECLARATION OF ANGEL A. GARGANTA IN SUPPORT OF JOINT STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE TO SUBMIT DECLARATION PURSUANT TO LOCAL RULE 79-5 IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br><u>CLASS ACTION</u><br><br>District Judge: Hon. Richard Seeborg<br><br>Courtroom: 3, 17th Floor, SF |

DECLARATION OF ANGEL A. GARGANTA

I, ANGEL A. GARGANTA, declare as follows:

1. I am an attorney at law duly admitted to practice in the State of California before this Court. I am a partner at Venable, LLP, and counsel of record for Defendant Premier Nutrition Corporation ("Premier") in the above-entitled actions. I have personal knowledge of the matters set forth in this declaration and if called as a witness, I could and would competently testify to them.

2. Pursuant to Local Rule 6-2(a), I submit this declaration in support of the Parties' Joint Stipulation Modifying the Deadline to Submit Declaration pursuant to Local Rule 79-5 in Support of Plaintiff's Administrative Motion to File Under Seal ("Joint Stipulation").

3. Plaintiffs' Administrative Motion to File Under Seal identifies and requests to file conditionally under seal 14 portions of Plaintiffs' Omnibus Motion for Class Certification and 53 Exhibits thereto.

4. These exhibits contain hundreds of pages of internal Premier documents, which require significant time to review.

5. The modification to the deadline is requested to allow additional time for Premier to review the documents identified in the Administrative Motion to Seal and prepare and file a declaration in support of sealing, if appropriate.

6. No other request to modify this deadline has been requested or granted. The Joint Stipulation is not brought for any improper purpose and no party will be prejudiced by granting the Joint Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2019, in San Francisco, California.

*By*     */s/ Angel A. Garganta*
ANGEL A. GARGANTA

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2019.

*By* */s/ Angel A. Garganta*
ANGEL A. GARGANTA