| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com | VENABLE LLP<br>ANGEL A. GARGANTA (163957)<br>JESSICA L. GRANT (178138)<br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>Tel: 415/653-3750<br>415/653-3755 (fax)<br>agarganta@venable.com<br>jgrant@venable.com |
| Attorneys for Plaintiffs | Attorneys for Defendant Premier Nutrition Corporation |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Lead Case No. 3:13-cv-01271-RS<br><br>Related to:<br>3:16-cv-06685-RS (Caiazzo-FL)<br>3:16-cv-06703-RS (Lux-CT)<br>3:16-cv-06704-RS (Ravinsky-PA)<br>3:16-cv-06708-RS (Sandoval-NM)<br>3:16-cv-06721-RS (Dent-IL)<br>3:16-cv-07078-RS (Avery-MI)<br>3:16-cv-07090-RS (Spencer-MD)<br>3:16-cv-06980-RS (Fishon-NY)<br>3:17-cv-00054-RS (Trudeau-MA) |
| **[THIS DOCUMENT APPLIES TO ALL RELATED ACTIONS]** | **JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING DEADLINE TO COMPLETE FACT WITNESS DEPOSITIONS**<br><br><u>CLASS ACTION</u><br><br>District Judge: Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor, SF<br>Magistrate Judge: Donna M. Ryu<br>Courtroom: 4, 3rd Floor, Oakland |

Pursuant to Local Rules 6-1 and 6-2, the parties in the above-captioned Related Actions enter into this stipulation and agreement, subject to the Court's approval, to permit Plaintiffs to conduct certain depositions after the fact discovery cutoff to accommodate the schedule of those witnesses and their counsel. Pursuant to Local Rule 6-2(a), the declaration of Thomas O'Reardon is concurrently submitted in support of this request.

WHEREAS, on July 18, 2019, the Court granted the Parties Stipulated Order continuing the fact discovery deadline to ninety days from the date on which the Court issues an order on Premier's motion for judgment on the pleadings. *See* ECF No. 48 in *Caiazzo v. Premier Nutrition Corporation*. On July 18, 2019, Premier filed its motion for judgment on the pleadings and on August 29, 2019, the Court entered an order denying the motion. *See* ECF No. 59 in *Caiazzo*. Therefore, under the current schedule, the fact discovery deadline is November 27, 2019.

WHEREAS, on August 29, 2019, Plaintiffs in the Related Actions filed an Omnibus Motion for Class Certification. That motion is now fully briefed and set for hearing on November 21, 2019. Throughout September and October 2019, the parties were engaged in the depositions of eight named Plaintiffs noticed by Premier. The parties also engaged in party and non-party discovery in the now-remanded *Bland* action, as well as a motion for remand that was filed August 29, 2019, and ruled on September 23, 2019.

WHEREAS, in February 2019, Plaintiffs served a Fed. R. Civ. P. 30(b)(6) notice of deposition on Premier. The Parties met and conferred about the 30(b)(6), discussed the likelihood that at least two designees would be necessary, and agreed to postpone the deposition until after Premier's production of electronically stored information was completed. On October 28-29, 2019, Plaintiffs served notices of deposition for Darcy Horn Davenport, Lance Palumbo, Booker Lucas, Donna Imes, Nick Stiritz, Lee Partin, David Averill, Doug Cornille, and Kevin Stone (together with the Rule 30(b)(6) designee(s), these are the "Deponents"). Plaintiffs noticed these depositions to take place between November 18 – 26, 2019. Counsel for Premier and certain of the Deponents are unavailable on the dates noticed for deposition. The Parties are meeting and conferring about other dates for the depositions,

but they will take place after the current fact discovery cutoff. The Parties agreed to utilize discovery obtained in *Mullins*, including documents and depositions, and avoid unnecessary duplication in these Related Actions. *See* ECF No. 29 in *Caiazzo*. Accordingly, the Parties are also exploring in good faith ways to potentially avoid depositions of certain of the Deponents, such as through stipulations about business records and authenticity.

WHEREAS, the Parties have been diligent in pursuing discovery in these Related Actions, the *Mullins* action, and the *Bland* action. This has included multiple sets of written discovery, negotiation of detailed protocols for ESI, production of hundreds of thousands of pages of ESI, as well as a significant number of subpoenas and depositions. *See* ECF Nos. 40 and 47 in *Caiazzo* (detailing the parties' discovery efforts).

WHEREAS, under the current schedule, the deadline for completing fact discovery is November 27, 2019. As detailed above and in the attached declaration, the Parties have diligently pursued several different types and sources of discovery, but, given scheduling conflicts of counsel and certain of the Deponents, the Parties need more time to complete depositions of the Deponents.

WHEREAS, the Parties believe there is good cause for the requested extension because they believe that without the extension they will be prejudiced in their ability to obtain factual evidence needed for trial. This extension will not impact any deadlines, including trial. No post-certification deadlines have been set.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that: Plaintiffs are permitted to take the depositions of the Deponents after the current fact discovery cutoff and that these depositions will be completed no later than January 31, 2019.

///
///
///
///
///

NOW, THEREFORE, this Agreement is entered into by and among the Parties, by and through their respective counsel and representatives.

Respectfully submitted,

Dated: November 11, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By: *s/ Thomas J. O'Reardon*
THOMAS J. O'REARDON II

501 West Broadway, Suite 1490
San Diego, California 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

ALTAIR LAW
CRAIG M. PETERS (1840180)
465 California Street, 5th Floor
San Francisco, CA 94104-3313
Tel: 415/988-9828
cpeters@altairlaw.us

CARLSON LYNCH SWEET KILPELA
 & CARPENTER, LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel: 619/762-1910
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiffs*

Dated: November 11, 2019

VENABLE LLP
ANGEL A. GARGANTA (163957)
JESSICA L. GRANT (178138)

By: *s/ Angel A. Garganta*
ANGEL A. GARGANTA

101 California Street, Suite 3800
San Francisco, CA 94111
Tel: 415/653-3750
415/653-3755 (fax)
agarganta@venable.com
jgrant@venable.com

*Attorneys for Defendant*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: November 11, 2019              BLOOD HURST & O'REARDON, LLP

By:     *s/ Thomas J. O'Reardon*
        THOMAS J. O'REARDON II

# [~~PROPOSED~~] ORDER

Having reviewed the above Joint Stipulation and Proposed Order Continuing Deadline re: Fact Witness Depositions, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order. Plaintiffs are permitted to take the depositions of the Deponents after the current fact discovery cutoff. These depositions must be completed no later than January 31, 2019.

**IT IS SO ORDERED.**

DATED: 11/12/19

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Executed on November 11, 2019.

                                            s/ *Thomas J. O'Reardon*
                                          THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
toreardon@bholaw.com