VENABLE LLP
Angel A. Garganta (163957)
agarganta@venable.com
Steven E. Swaney (221437)
seswaney@venable.com
Amit Rana (291912)
arana@venable.com
Antonia I. Stabile (329559)
astabile@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

MORRISON & FOERSTER LLP
Jessica L. Grant (178138)
jgrant@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendant
Premier Nutrition Company, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT D. MULLINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER NUTRITION CORPORATION f/k/a JOINT JUICE, INC.,<br><br>Defendant. | Case No. 3:13-cv-01271-RS<br><br>Judge:          Hon. Richard Seeborg<br>Courtroom:   3, 17th Floor<br><br>**DEFENDANT PREMIER NUTRITION'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>**CLASS ACTION**<br><br>Action Filed:   March 21, 2013 |

Notice is hereby given that Defendant Premier Nutrition Company, LLC ("Premier") appeals to the United States Court of Appeals for the Ninth Circuit from the district court's Order Denying Motion for Permanent Injunction entered on February 24, 2021 (Dkt. 319). There has been one previous appeal in this case, Ninth Circuit No. 18-15890.

Dated: March 23, 2021

VENABLE LLP

By: /s/ Angel A. Garganta

Angel A. Garganta
Steven E. Swaney
Amit Rana
Antonia I. Stabile
101 California Street, Suite 3800
San Francisco, CA 94111
Tel: (415) 653-3750

MORRISON & FOERSTER LLP
Jessica L. Grant
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000

*Attorneys for Defendant*

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISDCOL, CA 94111
415-653-3750

# NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

1. Defendant-Appellant Premier Nutrition Company, LLC is represented by the following counsel:

| | |
|---|---|
| VENABLE LLP<br>Angel A. Garganta (163957)<br>agarganta@venable.com<br>Steven E. Swaney (221437)<br>seswaney@venable.com<br>Amit Rana (291912)<br>arana@venable.com<br>Antonia I. Stabile (329559)<br>astabile@venable.com<br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>Telephone:   415.653.3750<br>Facsimile:   415.653.3755 | MORRISON & FOERSTER LLP<br>Jessica L. Grant (178138)<br>jgrant@mofo.com<br>James R. Sigel (288478)<br>jsigel@mofo.com<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone:   415.268.7000<br>Facsimile:   415.268.7522 |

2. Plaintiff-Appellee Kathleen Sonner is represented by the following counsel:

| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>Timothy G. Blood<br>Leslie E. Hurst<br>Thomas J. O'Reardon<br>Paula R. Brown<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>tblood@bholaw.com<br>lhurst@bholaw.com<br>toreardon@bholaw.com<br>pbrown@bholaw.com<br>Telephone:   619.338.1100 | ALTAIR LAW<br>Craig M. Peters<br>465 California Street, 5th Floor<br>San Francisco, CA 94104<br>cpeters@altairlaw.us<br>Telephone:   415.988.9828 |

CARLSON LYNCH LLP
Todd D. Carpenter
1350 Columbia Street, Suite 603
San Diego, CA 92101
tcarpenter@carlsonlynch.com
Telephone:   619.756.1910

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

Dated:  March 23, 2021                                  By:  /s/ *Angel A. Garganta*
                                                                                                          Angel A. Garganta

Venable LLP
101 California Street, Suite 3800
San Francisco, CA 94111
415.653.3750
415.653.3755